IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN,            )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civ. No.   04-1314-SLR
                               )
THE PEPSI BOTTLING GROUP, INC.)
and TEAMSTERS LOCAL UNION 830 )
                               )
        Defendants.            )

O R D E R

At Wilmington this 30th day of August, 2005, consistent
with the memorandum opinion issued this same date;

IT IS ORDERED:

1.  Defendant Pepsi Bottling Group's motion to dismiss is
granted as to the sexual harassment, Delaware Wage Payment and
Collection Act and the breach of implied covenant and good faith
and fair dealing claims and denied as to all other claims.  (D.I.
8)

2.  Defendant Teamsters Union Local 830's motion for a more
definite statement is denied.  (D.I. 10)

_____
United States District Judge