IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. Number: 04-1314 |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | § § § § | |
| Defendants. | § § § | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

It is hereby stipulated by plaintiff, Marlayna G. Tillman, and defendant, The Pepsi Bottling Group, Inc., that defendant shall have an extension of time until October 14, 2005 in which to answer the complaint.

_____
Jeffrey K. Martin (DE Bar No. 2407)
Timothy Wilson (DE Bar No. 4323)
MARGOLIS EDELSTEIN
1509 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 777-4680
Facsimile: (302) 777-4682

Attorneys for Plaintiff Marlayna G. Tillman

Dated: 9/8/05

_____
William M. Kelleher (DE Bar No. 3961)
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466

Attorneys for Defendant The Pepsi
Bottling Group, Inc.

Dated: 8 Sept 2005

SO ORDERED:

_____
U.S.D.J.