IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 04-1314(SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| THE PEPSI BOTTLING GROUP, INC., ) | |
| and TEAMSTERS LOCAL UNION 830, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Keri L. Morris, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures* were sent via U.S. Mail postage pre-paid on September 23, 2005 to the following:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

Clifford B. Hearn, Jr.
Clifford B. Hearn, Jr. P.A.
606 Market Street Mall
P.O. Box 1205
Wilmington, DE 19899

Daniel Johns, Esquire
Lucretia C. Clemons, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor
1735 Market Street
Philadelphia, PA 19103

Marc. L. Gelman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Street
510 Walnut Street
Philadelphia, PA 19106

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin (#2407)
Keri L. Morris (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiffs

Dated: September 23, 2005