## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1314-SLR |
| | : |
| THE PEPSI BOTTLING GROUP, INC., | : |
| and TEAMSTERS LOCAL UNION 830, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **4th** day of **October, 2005**.

IT IS ORDERED that the teleconference scheduled for Thursday, October 20, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, October 27, 2005 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE