## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN,<br>　　　　Plaintiff<br><br>v.<br><br>THE PEPSI BOTTLING GROUP, INC., and<br>TEAMSTERS LOCAL UNION 830<br>　　　　Defendants | :<br>:<br>:　C.A. NO. 04-1314<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Clifford B. Hearn, Esquire, state under penalty of perjury that I caused a true and correct copy of Defendant Teamsters Local 830's Rule 26 Disclosures to be forwarded by United States mail, first class, postage prepaid to the following on the date set forth below:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Attorney for Plaintiff Marlayna G. Tillman

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market St., 17th Fl.
Wilmington, DE 19801

Daniel V. Johns, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Attorney for Defendant Pepsi Bottling Group, Inc.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLIFFORD B. HEARN, JR.

Date: 10/07/05