IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 04-1314(SLR) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION 830, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S ANSWER TO DEFENDANT
### THE PEPSI BOTTLING GROUP, INC.'S COUNTERCLAIM

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

**WHEREFORE**, Plaintiff demands that the Court enter judgment in its favor along with the costs incurred by virtue of Defendant's Counterclaim, including attorneys' fees.

### FIRST AFFIRMATIVE DEFENSE

19. Defendant's Counterclaim fails to state a claim for which relief may be granted against Plaintiff.

                                    **MARGOLIS EDELSTEIN**

                                    _____
                                    Jeffrey K. Martin. (ID # 2407)
                                    1509 Gilpin Avenue
                                    Wilmington, DE 19806
                                    (302) 777-4680
                                    jmartin@margolisedelstein.com
                                    *Attorney for Plaintiff*

DATED:    November 3, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 04-1314(SLR) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION 830, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on November 3, 2005, I electronically filed the *Plaintiff's Answer to Defendant The Pepsi Bottling Group, Inc.'s Counterclaim* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801-3034

Clifford B. Hearn Jr. Esquire
606 Market Street Mall
P.O. Box 1205
Wilmington, DE 19899

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
Attorney for Plaintiff