IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | |
| | : | |
| Plaintiff, | : | C.A. Number: 04-1314 |
| | : | |
| v. | : | |
| | : | |
| THE PEPSI BOTTLING GROUP, INC., | : | |
| and TEAMSTERS LOCAL UNION 830 | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 15, 2005, I, William M. Kelleher, caused to be served true and correct copies of Defendant Bottling Group, LLC's First Request For Admissions to Plaintiff, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

**VIA FIRST CLASS MAIL**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806
Counsel for Plaintiff

Marc Gelman
Jennings Sigmond
Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Counsel for Teamsters Local Union 830

DE_DOCS_A #5828 v2

| | |
|---|---|
| Dated: November 15, 2005 | /s/ William M. Kelleher |
| | William M. Kelleher (No. 3961) |
| | Ballard Spahr Andrews & Ingersoll, LLP |
| | 919 North Market Street |
| | 12th Floor |
| | Wilmington, DE 19801-3034 |
| | Telephone: (302) 252-4465 |
| | Facsimile: (302) 252-4466 |

OF COUNSEL:
Daniel V. Johns
Lucretia C. Clemons
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500