IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN, :
          Plaintiff :
           : C.A. NO. 04-1314
v. :
           :
THE PEPSI BOTTLING GROUP, INC., and :
TEAMSTERS LOCAL UNION 830 :
          Defendants :

## NOTICE OF SERVICE

I, Clifford B. Hearn, Jr., Esquire, do certify that on this 17th, day of November, 2005 that I caused a true and correct copy of Defendant Teamsters Local 830's First Set of Interrogatories and Request For Production of Documents to be forwarded by Electronic Filing to the following set forth below:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Attorney for Plaintiff Marlayna G. Tillman

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market St., 17th Fl.
Wilmington, DE 19801

Daniel V. Johns, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Attorneys for Defendant Pepsi Bottling Group, Inc.

_____
CLIFFORD B. HEARN, JR.