IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN,

    Plaintiff,

v.

THE PEPSI BOTTLING GROUP, INC.,
and TEAMSTERS LOCAL UNION 830

    Defendants.

C.A. Number: 04-1314

## FIRST AMENDED NOTICE OF DEPOSITION

Please take notice that on Tuesday, December 13, 2005, beginning at 10:00 a.m., counsel for Defendant Bottling Group, LLC will take the deposition of Marlayna Tillman. The deposition will be held at the offices of Ballard Spahr Andrews & Ingersoll, LLP, 919 North Market Street, 12th Floor, Wilmington, Delaware 19801, before an officer authorized by law to administer oaths pursuant to the Federal Rules of Civil Procedure. The oral examination will continue from day-to-day until completed.

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
Daniel V. Johns
Lucretia C. Clemons
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

DMEAST #9159832 v2

## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on this date I served a copy of the foregoing Notice of Deposition via first-class mail, postage prepaid, upon the following:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806
> Counsel for Plaintiff
>
> Marc Gelman
> Jennings Sigmond
> Penn Mutual Towers
> 510 Walnut Street, 16th Floor
> Philadelphia, PA 19106
> Counsel for Teamsters Local Union 830

Dated: November 18, 2005

William M. Kelleher