IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 04-1314(SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| THE PEPSI BOTTLING GROUP, INC., ) | |
| and TEAMSTERS LOCAL UNION 830, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Lori Brewington, do hereby certify that on December 5, 2005, two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant The Pepsi Bottling Group, Inc.'s First Set of Interrogatories and Plaintiff's Answers to Defendant The Pepsi Bottling Group, Inc.'s First Request for Production* were sent via courier to local counsel and by U.S. Mail postage pre-paid to additional counsel, listed below:

| | |
|---|---|
| William M. Kelleher, Esquire | Clifford B. Hearn, Jr. |
| Ballard Spahr Andrews & Ingersoll, LLP | Clifford B. Hearn, Jr. P.A. |
| 919 Market Street, 17th Floor | 606 Market Street Mall |
| Wilmington, DE 19801 | P.O. Box 1205 |
| | Wilmington, DE 19899 |
| Daniel Johns, Esquire | Marc. L. Gelman, Esquire |
| Lucretia C. Clemons, Esquire | Jennings Sigmond, P.C. |
| Ballard Spahr Andrews & Ingersoll, LLP | The Penn Mutual Street |
| 51st Floor | 510 Walnut Street |
| 1735 Market Street | Philadelphia, PA 19106 |
| Philadelphia, PA 19103 | |

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire. (DE#2407)
Lori Brewington, Esquire (DE# 4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
*Attorneys for Plaintiff*