IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | :    C.A. Number: 04-1314 |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830 | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

Please enter the appearance of Lori A. Brewington, Esquire of Margolis Edelstein as counsel for Plaintiff in the above-captioned matter.

                          MARGOLIS EDELSTEIN

                          _____
                          Jeffrey K. Martin, Esquire (#2407)
                          Lori A. Brewington, Esquire (#4522)
                          1509 Gilpin Avenue
                          Wilmington, DE 19806
                          302-777-4680
                          Attorneys for Plaintiff

Dated: December 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : C.A. Number: 04-1314 |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830 | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on December 6, 2005, I caused two copies of the foregoing *Entry of Appearance* to be served by First Class U.S. Mail, postage prepaid on the following:

| | |
|---|---|
| William M. Kelleher, Esquire | Clifford B. Hearn, Jr. |
| Ballard Spahr Andrews & Ingersoll, LLP | Clifford B. Hearn, Jr. P.A. |
| 919 Market Street, 17th Floor | 606 Market Street Mall |
| Wilmington, DE 19801 | P.O. Box 1205 |
| | Wilmington, DE 19899 |
| Daniel Johns, Esquire | Marc. L. Gelman, Esquire |
| Lucretia C. Clemons, Esquire | Jennings Sigmond, P.C. |
| Ballard Spahr Andrews & Ingersoll, LLP | The Penn Mutual Street |
| 51st Floor | 510 Walnut Street |
| 1735 Market Street | Philadelphia, PA 19106 |
| Philadelphia, PA 19103 | |

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806