IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 04-1314(SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| THE PEPSI BOTTLING GROUP, INC., ) | |
| and TEAMSTERS LOCAL UNION 830, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Lori Brewington, do hereby certify that on December 14, 2005, two (2) true and correct copies of the foregoing *Plaintiff's Answers to Defendant The Pepsi Bottling Group, Inc.'s First Request for Admissions* were sent via U.S. Mail postage prepaid, to the following:

Daniel Johns, Esquire
Lucretia C. Clemons, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor
1735 Market Street
Philadelphia, PA 19103

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

Marc. L. Gelman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Street
510 Walnut Street
Philadelphia, PA 19106

Clifford B. Hearn, Jr.
Clifford B. Hearn, Jr. P.A.
606 Market Street Mall
P.O. Box 1205
Wilmington, DE 19899

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin. (DE# 2407)
Lori Brewington, Esquire (DE# 4522)
1509 Gilpin Avenue
Wilmington, DE 19806
*Attorneys for Plaintiff*