IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : C.A. Number: 04-1314(SLR) |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830 | : |
| Defendants. | : |

## ORDER

The foregoing Motion to Withdraw as Counsel for Plaintiff, having being heard,

**IT IS HEREBY ORDERED** this _____ day of _____, 2002, that the Motion is **GRANTED**.

_____
Judge