IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 04-1314(SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| THE PEPSI BOTTLING GROUP, INC., ) and TEAMSTERS LOCAL UNION 830, ) | |
| ) | |
| Defendants. ) | |

<u>CERTIFICATE OF SERVICE</u>

I, Lori Brewington, do hereby certify that on December 19, 2005, two (2) true and correct copies of the foregoing ***Plaintiff's Answers to Defendant Teamsters Local Union 830 First Set of Interrogatories and Request for Production*** were sent via U.S. Mail postage prepaid, to the following:

| | |
|---|---|
| Daniel Johns, Esquire | Marc. L. Gelman, Esquire |
| Lucretia C. Clemons, Esquire | Jennings Sigmond, P.C. |
| Ballard Spahr Andrews & Ingersoll, LLP | The Penn Mutual Street |
| 51st Floor | 510 Walnut Street |
| 1735 Market Street | Philadelphia, PA 19106 |
| Philadelphia, PA 19103 | |
| William M. Kelleher, Esquire | Clifford B. Hearn, Jr. |
| Ballard Spahr Andrews & Ingersoll, LLP | Clifford B. Hearn, Jr. P.A. |
| 919 Market Street, 17th Floor | 606 Market Street Mall |
| Wilmington, DE 19801 | P.O. Box 1205 |
| | Wilmington, DE 19899 |

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin. (DE# 2407)
Lori Brewington, Esquire (DE# 4522)
1509 Gilpin Avenue
Wilmington, DE 19806
Attorneys for Plaintiff