IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.  04-1314-SLR |
| | ) |
| THE PEPSI BOTTLING GROUP, INC. | ) |
| and TEAMSTERS LOCAL UNION 830, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 5th day of January, 2006, having considered the motion for Lori A. Brewington and Jeffrey K. Martin and the law office of Margolis Edelstein to withdraw as counsel for plaintiff, and there having been no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 37) is granted.

IT IS FURTHER ORDERED that, on or before **March 6, 2006**, plaintiff shall inform the court whether she has secured new attorneys, whether she plans to prosecute her case without the help of an attorney, or whether she wishes to dismiss her case.

_____
United States District Judge