UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Attn: Honorable Judge Robinson
844 King Street
Lockbox 31
Wilmington, DE  19801


12/27/05

**Honorable Judge Robinson:**

My name is Marlayna Tillman.  I am the plaintiff in **civil action no. 04-1314**, currently filed in the United States District Court for the District of Delaware.  On December 14, 2005, my attorney, Mr. Jeffrey Martin, of Margolis-Edelstein, informed me that he would be withdrawing as my counsel (*see enclosed letter*).

This withdrawal is untimely and places me at a distinct disadvantage.  Therefore, in order to seek the aid of competent counsel, I am requesting I be allowed to *withdraw my complaint without prejudice*, so that it may be re-filed after such counsel has been obtained and has had the opportunity to familiarize themselves with the issues involved.

It is my hope you will grant this request, so the case can be properly prepared and presented at trial.  Thank you for your courtesy in this matter.


Sincerely,

Marlayna G. Tillman

497 Linden Blvd. Unit C-7

Brooklyn, NY  11203

(610) 457-9507

F I L E D

JAN - 3 2006

U.S. DISTRICT COURT
OF DELAWARE



DOMESTIC USE ONLY

© USPS 1995

NEW YORK, NY
10010
DEC 29 05
AMOUNT
$7.90
0001116-32

9262    19801

UNITED STATES
POSTAL SERVICE

RETURN RECEIPT
REQUESTED

www.usps.com

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ®

From: Tillman, M.
447 Linden Blvd, C-7
Brooklyn, NY
11203

**TO:** Honorable Judge Robinson
844 King Street
Lockbox 31
Wilmington DE 19801

Label 228  June 2004

FOR PICKUP CALL 1-800-222-1811

Pull To Open ▶▶    ◀◀ Pull To Open

1. COMPLETE ADDRESS LABEL AREA
Type or print required return address
and addressee information.

2. PAYMENT METHOD
Affix postage, meter strip or PC postage
label to area indicated in upper
right hand corner.

3. ATTACH LABEL (if provided)
Remove label backing and adhere
where indicated.

7005 2570 0000 7038 8697

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

EP-14B JANUARY 2002

This packaging is the property of the U.S. Postal Service and is provided solely for use
in sending Priority Mail. Misuse may be a violation of federal law.