Honorable Judge Robinson
U.S. District Court of Delaware
844 N. King Street
Lockbox 31
Wilmington, DE 19801

3/1/06


Judge Robinson:

As per your order to notify the court of my intent in the matter of Tillman v Pepsi Bottling Group and Teamsters Local Union 830 (C.A. No. 04-1314), it is my decision to proceed in this matter with new counsel.

As I am now residing in the state of New York, my efforts to obtain new counsel have been frustrated by the scarcity of attorneys with a license and a desire to practice in Delaware. I am also dubious in regard to obtaining another Delaware attorney in this case, given the impact Pepsi and the Teamsters "large shadow" had on my last attorney's decision to withdraw. Also causing an issue is the very small pool of competent labor and discrimination attorneys in the Delaware area (some of whom are already familiar with the case, and have responded negatively regarding this matter).

It is my intent to persevere in this matter, and I am so advising the court. I am aware of the possibility that I may need to proceed without the expertise of an experienced trial attorney, but proceed I shall.

I await your order as to what the court requires of me going forward.

Sincerely,

*Marlayna Tillman*

Marlayna G. Tillman
175 Willoughby Street
Unit 11-H
Brooklyn, NY 11201
(718) 554-3334
(610) 457-9507

FILED
MAR 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Honorable Judge Robinson
US District Court of Delaware
844 N. King Street
Lockbox 31
Wilmington, DE 19801

