IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1314-SLR |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | : |
| Defendants. | : |

## ORDER

At Wilmington this **13th** day of **March, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, March 14, 2006 at 4:30 p.m.** with Judge Thynge to discuss the status of the case and its effect on the mediation presently scheduled for Friday, March 24, 2006 at 10:00 a.m. **William M. Kelleher, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE