Law Offices
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

WILLIAM M. KELLEHER
DIRECT DIAL: 302-252-4460
PERSONAL FAX: 302-355-0723
KELLEHERW@BALLARDSPAHR.COM

March 15, 2006

**By E-Filing and Hand Delivery**

The Honorable Chief Judge Sue L. Robinson
U.S. District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re: **Marlayna G. Tillman v. The Pepsi Bottling Group, Inc. and Teamsters Local Union 830**
**Civil Action No. 04-1314**

Dear Chief Judge Robinson:

Attached in the parties' joint stipulation to extend scheduling deadlines in the above-referenced matter.

Respectfully,

William M. Kelleher

WMK/km
Enclosure
cc: Clifford B. Hearn, Jr., Esquire
Marlayna Tillman

DE_DOCS_A #3829 v1