IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | § |
| Plaintiff, | § § § |
| v. | § C.A. Number: 04-1314 |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | § § § |
| Defendants. | § § |

## STIPULATION TO EXTEND DEADLINES

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, subject ot the approval of the Court, that the discovery deadline be extended to June 1, 2006 and that the summary judgment motion deadline be extended to July 1, 2006.

Dated: March 15, 2006

_____
Marlayna Tillman
175 Willoughby Street
Unit 11-H
Brooklyn, NY 11201

*Pro* Se Plaintiff

_____
William M. Kelleher, Esquire (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Counsel to Defendant Pepsi

_____
Clifford B. Hearn, Jr., Esquire (No. 129)
606 North Market Street
P.O. Box 1205
Wilmington, DE 19899
Telephone: (302) 575-0220
Facsimile: (302) 575-0236
Counsel to Defendant Teamsters
Local Union 830

SO ORDERED:

_____
U.S.D.J.