IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1314-SLR |
| | ) |
| THE PEPSI BOTTLING GROUP, INC. | ) |
| and TEAMSTERS LOCAL UNION 830, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 23d day of March, 2006, having considered the stipulation for extending discovery and summary judgment motion filing deadlines, and having learned from defendants' counsel that the parties realize such extension shall cause the parties to lose their current trial date;

IT IS ORDERED that said stipulation (D.I. 45) is granted as follows:

1. Discovery deadline shall be extended to **June 1, 2006.**

2. Dispositive motions shall now be due on or before **July 1, 2006.**

3. All other deadlines set in the scheduling order dated September 29, 2005, including the jury trial, are hereby cancelled and will be rescheduled, if needed, once the

dispositive motion(s) have been decided.

                                                    /s/ Sue L. Robinson
                                         United States District Judge