IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1314-SLR |
| | ) |
| PEPSI BOTTLING GROUP, INC. | ) |
| and TEAMSTERS LOCAL UNION | ) |
| 830, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 4th day of May, 2006, having reviewed the emails received from the parties regarding the status of discovery;

IT IS ORDERED that, **on or before June 1, 2006,** plaintiff shall make herself available to be deposed by counsel for defendants. Given plaintiff's pro se status, the deposition shall be conducted in the courthouse, although defendants shall provide the court reporter. Plaintiff shall bring with her to the deposition the documents previously requested by defendants. **NOTE:** Failure of plaintiff to timely comply with this order shall result in dismissal of plaintiff's case.

IT IS FURTHER ORDERED that discovery shall be completed on or before **July 3, 2006.** Case dispositive motions shall be filed

on or before **August 3, 2006.**

                                      _/s/ Sue L. Robinson_
                                      United States District Judge