Honorable Judge Robinson
U.S. District Court of Delaware
844 N. King Street
Lockbox 31
Wilmington, DE 19801

5/8/06

Dear Judge Robinson:

In the matter of Tillman v Pepsi Bottling Group and Teamsters Local Union 830 (C.A. No. 04-1314), as you are aware, I have been attempting to retain new counsel due to the abrupt withdrawal of my previous attorney, Jeff Martin.

As I now reside and work in the state of New York, my efforts to obtain new counsel have been slowed by the scarcity of New York attorneys with a license and a desire to practice in Delaware. It is a considerable financial hardship and time consuming effort to travel from New York to Delaware each time I meet with an attorney. Also at issue is the very small pool of competent labor and discrimination attorneys in the Delaware region.

Last week (5/1/06), I met with Delaware attorney Martin D. Haverly, who expressed interest in entering his appearance on my behalf. However, Mr. Haverly is currently involved in an 11-day employment discrimination trial before Judge Sleet this month. In the interest of having a fair opportunity to be successful at trial, I am requesting an extension of the present discovery scheduling deadline of June 1st, 2006, so that Mr. Haverly may have the opportunity to review and familiarize himself with the case to date. I feel it is not in my best interest to proceed in this matter without competent legal representation.

Respectfully yours,

*[signature: Marlayna Tillman]*

Marlayna G. Tillman
175 Willoughby Street
Unit 11-H
Brooklyn, NY 11201
(718) 554-3334
(610) 457-9507

FILED
MAY 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

