# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Marlayna Tillman
   Plaintiff,
 v.

The Pepsi Bottling Group, et al.

   Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-1314

TO: Coca-Cola Enterprises
  977 East 149th Street
  Bronx, NY 10453

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Ballard Spahr Andrews & Ingersoll, LLP<br>919 Market Street<br>12th Floor<br>Wilmington, DE 19801 | May 12, 2006 |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  See Attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Ballard Spahr Andrews & Ingersoll, LLP<br>919 Market Street<br>12th Floor<br>Wilmington, DE 19801 | May 12, 2006 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| W. Kelleher *(signature)*<br>ATTORNEY FOR: Defendant Bottling Group, LLC | May 1, 2006 |

ISSUING OFFICERS NAME, ADDRESS AND PHONE NUMBER

William M. Kelleher
Ballard Spahr Andrews & Ingersoll, LLP.
919 Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4460

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA TILLMAN<br><br>Plaintiff<br>v.<br>THE PEPSI BOTTLING GROUP, ET AL.<br><br>Defendant | Case No.: 04-1314<br>Court Date: May. 12, 2006 at<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MAY, 08, 2006 at 10:30 AM at 977 EAST 149TH STREET BRONX, NY 10453, receipients BUSINESS OFFICE deponent served the within SUBPOENA IN A CIVIL CASE on COCA-COLA ENTERPRISES therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to FRANK SANCHEZ personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the MANAGER authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: Brown    Hair: Black/Gray    Glasses: No    Approx. Age: 45    Height: 6 ' 1    Weight: 180
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
PARCELS INC.
230 N. Market Sstreet
Wilmington, DE 19801-3714
(800) 479-0075

Executed on: 5/9/06

Subscribed and sworn to before me, a notary public, on this 9th day of May, 2006.

Notary Public    My Commission Expires:

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 06-001932
Client Reference: Tillman v Pespi