IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN,
          Plaintiff

                              C.A. NO. 04-1314 - SLR

    v.

THE PEPSI BOTTLING GROUP, INC., and
TEAMSTERS LOCAL UNION 830
          Defendants

## NOTICE OF DEPOSITION

Marlayna Tillman
175 Willoughby Street
Unit 11-H
Brooklyn, NY 11201

     Please take notice that on Thursday, June 1, 2006, beginning at 10:00 a.m., counsel for Defendant Teamsters Local Union No. 830 will take the deposition of Marlayna Tillman. The deposition will be held in room 4216 of the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, DE 19801, before an Officer authorized by law to administer oaths pursuant to the Federal Rules of Civil Procedure.

     Pursuant to Judge Robinson's Order of May 4, 2006, Plaintiff is directed to bring with her to the deposition the documents previously requested by counsel during the deposition that occurred on December 13, 2005.

By: /s/ *signature*

Clifford B. Hearn Jr., Esquire
606 Market Street Mall
P.O. Box 1205
Wilmington, DE 19899

Of Counsel:
**Marc L. Gelman, Esquire**
Jennings Sigmond
510 Walnut St., 16th Fl.
Phila., PA 19106

May 19, 2006

Attorneys for Defendant Teamsters Local Union 830