IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN | : | |
| Plaintiff, | : | C.A. No.: 04-1314-SLR |
| | : | |
| v. | : | |
| | : | |
| THE PEPSI BOTTLING GROUP, INC., | : | |
| And TEAMSTERS LOCAL UNION 830 | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Clifford B. Hearn, Jr. do hereby certify that on **May 19, 2006** a copy of the

**Notice of Deposition** were served on the following plaintiff via first class mail.

To:   Marlayna Tillman
      175 Willoughby Street
      Unit 11-H
      Brooklyn, NY  11201

/s/ Clifford B. Hearn, Jr.
Clifford B. Hearn, Jr., Esquire (#129)
606 North Market Street Mall
P.O. Box 1205
Wilmington, DE  19899

Of Counsel:
Marc L. Gelman, Esquire
Jennings Sigmond
510 Walnut Street, 16th Floor
Philadelphia, PA  19106

Attorneys for Defendant Teamsters
Local Union 830