Honorable Judge Robinson
U.S. District Court of Delaware
844 N. King Street
Lockbox 31
Wilmington, DE 19801

5/10/06

Dear Judge Robinson:

In the matter of Tillman v Pepsi Bottling Group and Teamsters Local Union 830 (C.A. No. 04-1314), as all parties involved are aware, I am currently without counsel due to the abrupt withdrawal of my previous attorney, Jeff Martin, through no fault of my own.

I am now in receipt of your correspondence dated 5/4/06 (I am concluding my original correspondence 'crossed' in the mail with your order) in which you ordered I make myself available to be deposed by opposing counsel, along with discovery documents to be provided on or before 6/1/06. I am requesting you reconsider the order based on the issues raised in my letter dated 5/8/06. I am adamantly opposed to moving forward in a federal case without competent, legal representation, as it is abundantly clear I am not knowledgeable in matters of the law. I would like the opportunity to present my case with the benefit of a 'level playing field'.

As stated in my original correspondence of 5/8/06, attorney Martin Haverly has expressed interest in entering his appearance on my behalf, but obviously would require reasonable time to familiarize himself with the particulars of the case. To date, he is currently involved in trial before Judge Sleet. Again, I implore the court to allow Mr. Haverly appropriate time to review the record.

Respectfully,

*Marlayna Tillman*

Marlayna G. Tillman
175 Willoughby Street
Unit 11-H
Brooklyn, NY 11201
(718) 554-3334
(610) 457-9507



Honorable Judge Robinson
U.S. District Court of Delaware
844 N. King Street
Lockbox 31
Wilmington, DE 19801

PO Box 688
Claymont, DE
19703-0688

7006 0810 0005 6305 2746



CERTIFIED MAIL

7006 0810 0005 6305 2746

