IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1314-SLR |
| | ) |
| THE PEPSI BOTTLING GROUP, INC. | ) |
| and TEAMSTERS LOCAL UNION 830, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 30th day of May, 2006, having considered plaintiff's request for reconsideration of this court's May 5, 2006 order and for extension of time (D.I. 54);

IT IS ORDERED that on or before **June 30, 2006**, plaintiff shall[1]:

1. Have a lawyer enter his/her appearance and suggest a time to go forward with the remaining discovery (i.e. plaintiff's deposition and the production of documents);

2. Agree to go forward with the remaining discovery without representation by counsel; or

3. Voluntarily dismiss the above captioned case.

NOTE: The statute of limitations may affect plaintiff's ability

---

[1] Failure to comply with this deadline shall result in this case being dismissed.

to re-file this case at a later time.

```
                                    _____
                                         United States District Judge
```