Honorable Judge Robinson
U.S. District Court of Delaware
844 N. King Street
Lockbox 31
Wilmington, DE 19801

6/28/06

Dear Judge Robinson:

04-1314 (SLR)

As per your most recent order, I am hereby notifying the court I intend to represent myself pro se in the matter of Tillman v Pepsi Bottling Group. This is due to attorney Martin Haverly's request of an excessive retainer fee of fifteen thousand dollars ($15,000.00) to enter his appearance on my behalf. Because Mr. Haverly's office did not notify me of this until 6/21/06, I have been unable to secure another attorney by the order date. It would appear that obtaining 'justice' has a price, and it is usually reserved for those of means or those having unlimited resources.

That said, as my own attorney, I am requesting the court delay discovery proceedings for approximately 90 days, until September 30, 2006, so I may have time to prepare my case for trial. While considering this request, I ask the court keep in mind that the DDOL (Delaware Department of Labor) performed an extensive investigation into my allegations against the Pepsi Bottling Group and Teamsters Local 830, and found my claims to have merit. I will await your order in this matter.

Respectfully yours,

*[signature: Marlayna Tillman]*

Marlayna G. Tillman
175 Willoughby Street
Unit 11-H
Brooklyn, NY 11201
(718) 554-3334
(610) 457-9507

Part # 156297-435 Rlt 01/06

Deliver By: 29JUN06 A1
THU STANDARD OVERNIGHT

FedEx  28JUN06
emp# 549483
TRK# 8579 9950 3368  FORM 0200

19801 -DE-US

PHL
Z9 ZWIA

**FedEx US Airbill** Express

**1 From**
Date 6/28/06
Sender's Name Truman M.
Company
Address 170 Wyckoff Street
Phone 718 544 3334
Dept/Floor/Suite/Room 1-H
City Brooklyn  State NY  ZIP 11201

FedEx Tracking Number 8579 9950 3368

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name Judge Sue Robinson
Company US District Court of Delaware
Phone 302 573 6170
Recipient's Address 844 North King Street
Dept/Floor/Suite/Room
Address Lockbox 31
City Wilmington  State DE  ZIP 19801

4a Express Package Service
4b Express Freight Service
5 Packaging — FedEx Envelope*
6 Special Handling
7 Payment: Bill to: Sender
8 NEW Residential Delivery Signature Options

Total Packages 1

8579 9950 3368

520

100% Recycled Paperboard