IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN | : |
| | : C.A. 04-1314 |
| Plaintiff, | : |
| | : Jury Trial Demanded |
| v. | : |
| | : |
| THE PEPSI BOTTLING GROUP, INC. | : |
| and TEAMSTERS LOCAL UNION 830 | : |
| | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the plaintiff, Marlayna G. Tillman, as pro se, in the above matter.

Marlayna G. Tillman, pro se
175 Willoughby Street, Unit 11-H
Brooklyn, New York 11201

Dated: June 29, 2006



Marlayna G. Tillman, pro se
175 Willoughby Street, Unit 11-H
Brooklyn, New York 11201

FEDERAL EXPRESS

Clerk of Court
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re: Tillman v. Pepsi Bottling Group, Inc.
        04-cv-1314 (SLR)

Dear Clerk:

    Enclosed is my entry of appearance pro se, in the above matter.

    Please file and docket the entry of appearance.

    Thank you.

                                Very truly yours,

                                  Marlayna Tillman

/rr
Enclosure
cc: Honorable Sue L. Robinson