IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION | ) | |
| 830, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Barbara H. Stratton, Esquire of the law firm of Knepper & Stratton, as Counsel for the Plaintiff in the above-captioned matter.

KNEPPER & STRATTON

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQUIRE
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 652-7717
bhs@knepperstratton.net
Attorney for Plaintiff Marlayna G. Tillman

Date: July 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION | ) | |
| 830, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, hereby certify that two true and correct copies of the foregoing Entry of Appearance were served via E-Filing and First Class Mail on July 12, 2006, upon the following Counsel of record:

Clifford B. Hearn, Jr., Esquire
606 N. Market Street
P.O. Box 1205
Wilmington, DE 19899

William M. Kelleher, Esquire
Ballard, Spahr, Andrews, & Ingersoll LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801-3034

KNEPPER & STRATTON

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQUIRE
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 652-7717
bhs@knepperstratton.net
Attorney for Plaintiff Marlayna G. Tillman