IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION | ) | |
| 830, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### OF J. STEPHEN WOODSIDE

Pursuant to Local Rule 83.5 and the attached Certification, Counsel moves the admission pro hac vice of J. Stephen Woodside, Esquire, to represent Plaintiff, Marlayna G. Tillman in this matter. The Certification of J. Stephen Woodside is attached in support of this Motion.

KNEPPER & STRATTON

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQUIRE
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 652-7717
bhs@knepperstratton.net
Attorney for Plaintiff Marlayna G. Tillman

Date: July 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Counsel's Motion for Admission <u>Pro Hac Vice</u> is hereby granted.

_____
THE HONORABLE SUE L. ROBINSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION | ) | |
| 830, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, hereby certify that two true and correct copies of the foregoing Motion and Order for Admission Pro Hac Vice of J. Stephen Woodside, Esquire were served via E-Filing and First Class Mail on July 12, 2006, upon the following Counsel of record:

Clifford B. Hearn, Jr., Esquire
606 N. Market Street
P.O. Box 1205
Wilmington, DE 19899

William M. Kelleher, Esquire
Ballard, Spahr, Andrews, & Ingersoll LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801-3034

KNEPPER & STRATTON

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQUIRE
P.O. Box 1795
1228 N. King Street
Wilmington, DE 19899
(302) 652-7717
bhs@knepperstratton.net
Attorney for Plaintiff Marlayna G. Tillman