IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION | ) | |
| 830, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF J. STEPHEN WOODSIDE**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts: Supreme Court of Pennsylvania (1985); Supreme Court of New Jersey (1986); U.S. District Court (E.D.Pa.)(1985); U.S. District Court (Dist. of N.J.)(1986); U.S. Court of Appeals for the Third Circuit (1997).

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware. I have previously been admitted Pro Hac Vice in this Court in: the matter *SD Alexander, Inc. v. mBlox, Inc.*, (D. Del.) civil no. 04-312.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*[signature]*
J. STEPHEN WOODSIDE
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401
(610) 278-2442

Date: July 12, 2006