IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| | : |
| Plaintiff, | : C.A. Number: 04-1314 |
| | : |
| v. | : |
| | : |
| THE PEPSI BOTTLING GROUP, INC., | : |
| and TEAMSTERS LOCAL UNION 830 | : |
| | : |
| Defendants. | : |

### SECOND AMENDED NOTICE OF DEPOSITION

Please take notice that on Monday, September 18, 2006, beginning at 10:00 a.m., counsel for Defendant Bottling Group, LLC will resume the deposition of plaintiff Marlayna Tillman. The deposition will be held at the offices of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19118 before an officer authorized by law to administer oaths pursuant to the Federal Rules of Civil Procedure and shall be recorded by sound, visual and/or stenographic means. The oral examination will continue from day-to-day until completed.

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
Daniel V. Johns
Lucretia C. Clemons
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

DMEAST #9159832 v3