## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on this date I served a copy of the foregoing Notice of Deposition via first-class mail, postage prepaid, upon the following:

> Marc Gelman
> Jennings Sigmond
> Penn Mutual Towers
> 510 Walnut Street, 16th Floor
> Philadelphia, PA 19106
> Counsel for Teamsters Local Union 830
>
> J. Stephen Woodside
> One Montgomery Plaza
> 425 Swede Street
> Suite 605
> Norristown, PA 19401

Dated: August 22, 2006

William M. Kelleher
(3961)