IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, ) | C.A. No.: 04-1314(SLR) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE PEPSI BOTTLING GROUP, INC., ) | |
| and TEAMSTERS LOCAL UNION ) | |
| 830, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Barbara H. Stratton, hereby certify that on October 20, 2006, J. Stephen Woodside caused a copy of Plaintiff's Request for Production of Documents Addressed to Defendant Teamsters Local Union 830 (First Set) to be served via first class mail upon the following:

Lucretia Clemons, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Floor
1735 Market Street
Phialdelphia, PA 19103

Marc L. Gelman, Esquire
Jennings Sigmund, P.C.
510 Walnut Street
Philadelphia, PA 19106

KNEPPER & STRATTON

**OF COUNSEL:**
J. Stephen Woodside, Esq.
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401
(610) 278-2442

Barbara H. Stratton, Esq.
1228 North King Street
Wilmington, Delaware 19801
(302) 658-1717
Delaware Bar ID # 2785
bhs@knepperstratton.net
Attorney for Plaintiff

DATE: OCTOBER 31, 2006