# Exhibit A

A REGIONAL DEFENSE LITIGATION LAW FIRM

## MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A  P R O F E S S I O N A L  C O R P O R A T I O N    www.marshalldennehey.com

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Orlando
Tampa

Direct Dial: (302)552-4323
Email: econde@mdwcg.com



June 14, 2004

### BY CERTIFIED MAIL

Erik C. Grandell, Esquire
1020 W. 18th Street
Suite 2
P.O. Box 2207
Wilmington, DE  19802

Re:    Marlayna Tillman v. Pepsi Bottling Group
       Our File No.: 06175-00465
       IAB Hearing No.: 1242671
       DOL: 11/06/03

Dear Mr. Grandell:

Enclosed please find Sedgwick CMS check number 0005552016 in the amount of $4,934.99 payable to Marlayna Tillman.  This check compensates your client for 11/06/03 through 4/18/04.  Acceptance of this check represents acknowledgement of payment in full pursuant to the settlement in this case.  Also enclosed is check number 0005552020 in the amount of $3,790.29 for attorney fees.

Please direct your client to execute and return the enclosed Agreements and Receipts for Temporary Total Disability.  Upon receipt of the executed documents we will file them with the Board.  If you have any questions please do not hesitate to call.  Thank you.

Very truly yours,

Erika Conde
Paralegal

/ec

Enclosures

cc:    Christine Miller, Sedgwick Ins.
       Claim No. A364618584





RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

Sedgwick Claims Management Services, Inc
600 GRANT STREET
USX TOWER, STE 2944
PITTSBURGH, PA   15219-2703

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 06/11/2004 | 4,934.29 | 0005552016 |

| PAYEE | TAX ID |
|-------|--------|
| MARLAYNA TILLMAN | |

| SCMS UNIT | PAGE |
|-----------|------|
| 646 Sedgwick Claims Management Services | 001 |

*000016  0005552016  001 OF 001  OPM  040610 1426
Marshall, Dennehey, Warner, Coleman & Go
Attn: Christine O'Connor
1220 N. Market St. 5th fl PO Box 8888
Wilmington, DE   19899-8888

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

TILLMAN, MARLAYNA G.
Amt Paid:      4934.29                    11/06/2003  A364618584-0001-01
Dates: 11/06/2003 - 04/18/2004     Description: Lump Sum-Temporary Disability
                                   Comment: Disability bfts owed

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE



E1991.FRM (02-28-0

Sedgwick Claims Management Services, Inc.
on behalf of Pepsi Bottling Group

PAY   *FOUR THOUSAND NINE HUNDRED THIRTY FOUR*
      *AND 29/100 DOLLARS*

                                              $4934.29

TO      MARLAYNA TILLMAN
THE
ORDER
OF
First Union Bank of Delaware          VOID AFTER 60 DAYS
Wilmington, DE

⑈"000555201⑆"  ⑈:031100225⑈: 2079950059703⑈"

Sedgwick Claims Management Services, Inc
600 GRANT STREET
USX TOWER, STE 2944
PITTSBURGH, PA   15219-2703

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 06/11/2004 | 3,790.29 | 0005552020 |

| PAYEE | TAX ID |
|-------|--------|
| BEVERLY L BOVE | 510370163 |

| SCMS UNIT | PAGE |
|-----------|------|
| 646 Sedgwick Claims Management Services | 001 |

*000018  0005552020  001 OF 001  OPM  040610 1426

Marshall, Dennehey, Warner, Coleman & Go
1220 N. Market St., 5th fl. PO Box 8888
Wilmington, DE   19899-8888

| Claimant Name | | Loss Date | Claim Number | SSN | |
|---------------|---|-----------|--------------|-----|---|

TILLMAN, MARLAYNA G.                        11/06/2003  A364618584-0001-01
    Amt Paid:      3790.29    Description: Claimant Legal Expense (Indemnity)
    Amt Billed:    3790.29    Invoice:          ICN: A364618584000101
        Dates: 11/06/2003 - 04/18/2004   Comment: Atty fee's for Malayna Tillman

RECEIVED
JUN. 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

E1991.FRM (02-28-



CASE FILE NO.1242671
CARRIER FILE NO. A364618584

STATE OF DELAWARE
OFFICE OF WORKERS' COMPENSATION
AGREEMENT AS TO COMPENSATION

Employee  MARLAYNA TILLMAN                    Employer  PEPSI BOTTLING GROUP
Address   P.O. BOX 688                        Address   3501 GOVERNOR PRINTZ
          CLAYMONT, DE 19802                            BELLEFONTE, DE 19809


Insurance Carrier/Self-insurer SEDGWICK CMS          Third party Adjuster _____
Address  US STEEL TOWER                               Address _____
         600 GRANT STREET, SUITE# 2944
         PITTSBURG, PA 15219

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit
the following statement of facts relative thereto:

Date of Injury _____11/06/03_____             Date Disability Began _11/06/03_____
Cause/Place of Accident  SEE FIRST REPORT OF INJURY
Nature/Part of Body _  RIGHT KNEE & CALF
Probable Length of Disability (if known) _____11/06/03- 4/18/04_____

The terms of this agreement under the above facts are as follows:
This agreement is for (check all that apply) _X_ Total Disability ___ Temporary Partial Disability
___ Permanent Partial Disability __ Disfigurement __ Commutation __ Medical Only
___ Salary In Lieu of Workers' Compensation
*** LESS A CREDIT OF $7,700.00 FOR SHORT TERM DISABILITY RECEIVED***

That the said _MARLAYNA TILLMAN_ shall receive compensation at the rate of _$440.00_ per week based upon an
average weekly wage of _$660.00_ and that said compensation shall be payable ____ weekly ___ bi-weekly X LUMP
SUM_ monthly other (specify) from and including the 6th of NOVEMBER 2003 until APRIL 18, 2004.

BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE
THE NAMED CARRIER/SELF-INSURED/THIRD PARTY ADJUSTER OF ANY CHANGE IN
EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE OF STATUS IS
PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE 11
DELAWARE CODE, SECTION 913.

Witness _____        Employee _____
                    (signature)                                   (signature)
Address: _____


                                              Adjuster/Attorney _____
                                                                   (signature)


                                              Phone Number _____
                                              Date of Agreement _____

For Accounting Use Only:
Approved by: _____
Date of Approval: _____

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

CASE FILE NO.1242671
CARRIER FILE NO. A364618584

## STATE OF DELAWARE

## OFFICE OF WORKERS' COMPENSATION

## RECEIPT FOR COMPENSATION PAID

DATE:  June 14, 2004

Received of  SEDGWICK CMS  the sum of $12,634.29*, making in all the total sum of $12,634.29

in settlement of compensation due for the TEMPORARY TOTAL *  disability of MARLAYNA TILLMAN

which began on 11/06/03 , and terminated on 4/18/04 .

_____
Employee Signature

*28.71 weeks of benefits at a
compensation rate of $ 440.00
*** LESS A CREDIT OF $7,700.00 FOR SHORT TERM
DISABILITY RECEIVED***
** RIGHT KNEE & CALF

_____
Address:

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits
specified above on the date indicated.  This form is not a release of the employer's or of the insurance carrier's
workers' compensation liability.  It is merely a receipt of compensation paid.  The claimant has the right
within five years after the date of the last payment to petition the Office of Workers' Compensation for
additional benefits.

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE