## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : C.A. Number: 04-1314 |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | : |
| Defendants. | : |

### ORDER

AND NOW, this ____ day of November 2006, upon consideration of Plaintiff's Motion to Quash Subpoena Directed to Beverly Bove, Esquire, and Defendant's response thereto, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_____
Robinson, J.