IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | C.A. No.: 04-1314(SLR) |
| Plaintiff, | |
| v. | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | |
| Defendants. | |

## NOTICE OF DEPOSITION

TAKE NOTICE, that counsel for the plaintiff, Marlayna G. Tillman, will take the oral pre-trial deposition of the following designated witness, at the specified date and time, at the law office of Knepper & Stratton, 1228 North King Street, Wilmington, Delaware 19801, before a Court Reporter, Notary Public or other person authorized to administer oaths under applicable law, in accordance with the Federal Rules of Civil Procedure and the local rules for the District of Delaware, with respect to the subject matter of the above-captioned action:

    Glenn Matthews    Monday, December 4, 2006; 10:00 a.m.

                                            J. Stephen Woodside
                                            Attorney *pro hac vice* for Plaintiff,
                                            Marlayna G. Tillman

OF COUNSEL:

J. STEPHEN WOODSIDE, P.C.
One Montgomery Plaza, Suite 605
425 Swede Street
Norristown, PA 19401
(610) 278-2442

1

KNEPPER & STRATTON
Barbara H. Stratton, Esq.
1228 North King Street
Wilmington, DE 19801
(302) 658-1717

DATED: November 20, 2006

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies he served the foregoing notice of deposition addressed to the designated witness of the defendant, The Pepsi Bottling Group, Inc. upon the following, by telefax and First Class United States Mail, postage prepaid, on the date set forth below:

>Lucretia Clemons, Esquire
>BALLARD SPAHR ANDREWS & INGERSOLL, LLP
>51ST Floor
>1735 Market Street
>Philadelphia, PA 19103
>(Attorney for The Pepsi Bottling Group, Inc.)
>
>Marc L. Gelman, Esquire
>JENNINGS SIGMUND, P.C.
>510 Walnut Street
>Philadelphia, PA 19106
>(Attorney for Local 830)

_____
J. Stephen Woodside

DATED:  November 20, 2006