## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1314-SLR |
| | : | |
| THE PEPSI BOTTLING GROUP, INC., | : | |
| and TEAMSTERS LOCAL UNION 830, | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **7th** day of **December, 2006**,

IT IS ORDERED that the mediation conference statements for the mediation in the above matter due on or before **Thursday, December 21, 2006 shall be delivered to the Clerk's Office by no later than 12:00 Noon.** All other provisions of the Court's September 12, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE