# EXHIBIT C

Lucretia, Stephen Woodside

      Its Wednesday at 11:45. I just read your letter on the fax machine sent on today's date. I would like you to please identify for me your scheduling conflicts or difficulties that you say you have next week on these depositions. Also who is not in the jurisdiction. When I looked at these documents and set the deposition notices down, my understanding is that all of these people are in Wilmington at that plant or they travel to that plant on a regular basis. Please do that right away before I start filing motions in this case. I will not be asking for any extension of the trial deadline or the deadline for despositive motions. I will be filing a motion to extend discovery deadlines to take the eight depositions that I noticed. I don't understand why your local counsel can't cover something if you can't. I don't think that noticing these folks inside the discovery deadline to complete it within the deadline and a few days later is unreasonable and I will be filing motions with the court but before I do it I think that you and I should talk. 610-278-2442. I'm in here all day if you're gone and you do check in, please call me. I will be in all day Friday also at that same number if you check in and you're inclined to do so please call me. But I would like you to identify the things that I requested as regard to your letter.

      Thank you very much. Bye.