# EXHIBIT D

Law Offices
**J. STEPHEN WOODSIDE**
A Professional Corporation
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401

Telephone (610) 278-2442
Telecopier (610) 278-2644

Admitted to practice in PA and NJ

November 24, 2006

TELEFAX TO 215-864-8999
and U.S. MAIL

Lucretia Clemons, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
51ST Floor
1735 Market Street
Philadelphia, PA 19103

Re: Tillman v. The Pepsi Bottling Group, Inc., et al.
No. 04-1314(SR)

Dear Ms. Clemons:

Your position in your November 22, 2006 letter, refusing to produce a *single witness* for a deposition before December 1, 2006, is unreasonable. The notices and schedule of depositions is reasonable, and rule-compliant. You have not explained any scheduling difficulties. From available discovery to date, all of the requested witnesses should be located at Pepsi in Wilmington, Delaware, or travel to the plant on a regular basis, and you have not identified those outside the jurisdiction. I will bring the matter to the court's attention, at the earliest opportunity, in accordance with all required procedure, the week of November 27, 2006.

Very truly yours,

J. Stephen Woodside

/rr
cc: Barbara Stratton, Esq.
   Marc Gelman, Esq.
   Marlayna Tillman