IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN,<br><br>          Plaintiff,<br>  v.<br><br>THE PEPSI BOTTLING GROUP, INC.,<br>and TEAMSTERS LOCAL UNION 830,<br><br>          Defendants. | C.A. Number: 04-1314 |

## ORDER

AND NOW, this ____ day of December 2006, upon consideration of Plaintiff's Motion to Compel Discovery of Defendant, The Pepsi Bottling Group, Inc., to Extend Factual Discovery Deadline and for Rule 37(a)(4) Expenses, and Defendant's response thereto, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

_____
Robinson, J.