## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on this date I served a copy of the foregoing Defendant Bottling Group, LLC's Opposition to Plaintiff's Motion to Compel, via first-class mail, postage prepaid, upon the following:

Marc Gelman
Jennings Sigmond
Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Counsel for Teamsters Local Union 830

J. Stephen Woodside
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401

Clifford B. Hearn, Jr.
606 North Market Street
P.O. Box 1205
Wilmington, DE 19899

Barbara H. Stratton
1228 North King Street
P.O. Box 1795
Wilmington, DE 19899

Dated: December 8, 2006

William M. Kelleher (3961)