IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : C.A. Number: 04-1314 |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830 | : |
| Defendants. | : |

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of the Motion for Summary Judgment of Defendant Bottling Group, LLC, and Plaintiff's response in opposition thereto, it is hereby ORDERED that Defendant's motion is GRANTED and that JUDGMENT IS ENTERED in favor of Defendant Bottling Group, LLC and against Plaintiff.

BY THE COURT:

_____
J.