## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire, hereby certify that on this date, I caused two

copies of the foregoing Motion for Summary Judgment of Defendant Bottling Group, LLC to be

served as follows:

### BY FIRST CLASS MAIL

Marc Gelman
Jennings Sigmond
Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Counsel for Teamsters Local Union 830

J. Stephen Woodside
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401

Dated:  December 15, 2006

William M. Kelleher

DMEAST #9683908 v2