# EXHIBIT 1



# THE PEPSI BOTTLING GROUP
# EQUAL EMPLOYMENT OPPORTUNITY POLICY

The Pepsi Bottling Group ("PBG") is dedicated to the policy of equality of employment opportunity for all of its employees and applicants for employment without regard to their race, color, religion, gender, age, disability, national origin, sexual orientation or any other category protected by law. This policy applies to all Company activities including, but not limited to, recruitment, hiring, firing, compensation, assignment, training, benefits and promotion. Violations of this policy constitute a serious offense and will be disciplined appropriately.

*Harassment Also Prohibited*
This policy also prohibits harassment based on any of the above-listed characteristics. Impermissible harassment is defined as verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of any of the above-listed characteristics or otherwise creates a hostile environment that unfairly hinders or interferes with a person's performance. Prohibited harassing conduct includes, but is not limited to:

- epithets, slurs and negative stereotyping,
- threatening, intimidating and hostile acts, and
- written or graphic material, including e-mail and internet material, that denigrates or shows hostility or aversion toward an individual or group because of his or her membership in one of the above-referenced groups

This includes acts characterized as "jokes" or "pranks".

*Reasonable Accommodation Requests*
It is PBG's policy to comply with the Americans With Disabilities Act as it pertains to all of its employment practices. Disabled employees who require a "reasonable" accommodation must contact their Human Resources Manager.

*Reporting EEO Complaints*
Any employee who believes that conduct that violates this policy is occurring or has occurred, whether or not it is directed toward the employee, must, without fear of retaliation, report the relevant facts immediately. Generally, complaints should be reported to the employee's Human Resources Manager. If, for any reason, the employee is uncomfortable or unable to speak to the Human Resources Manager, he or she is encouraged to report the complaint to the Human Resources Director. All complaints will be investigated promptly and fully with the maximum possible confidentiality.

Any supervisor who receives such a complaint must report it to the appropriate Human Resources Manager.

*Confidentiality*

C:\Sara\Policy\EEO Policy.doc
Last printed 3/22/99 9:00am

PBG 00265

All parties to the complaint should treat the investigation with confidentiality and respect for reputations of all parties involved.

*Zero Tolerance for Retaliation*
PBG also forbids retaliatory action to be taken against an individual who in good faith reports a perceived violation of this policy. Retaliation is also prohibited against individuals who are not themselves complainants, but who participate in an investigation. Individuals who feel that they are being or have been retaliated against must report such retaliation to the individuals named above.

*Consequences of Violating EEO Policy*
Appropriate disciplinary action (up to and including termination of employment for the first offense) will be taken against any individual found to have violated any provision of this policy. Further, any Manager/Supervisor who receives a complaint of discrimination or harassment and fails to notify Human Resources will also be subject to disciplinary action.

See also Policy Prohibiting Sexual Harassment.

**ACKNOWLEDGMENT OF RECEIPT**

I have received and read The Pepsi Bottling Group Equal Employment Opportunity Policy:

_____       _____
Employee Name Printed                         Social Security No.


_____       _____
Employee Signature                            Date

PBG 00266