# EXHIBIT 4

| Internal Posting | External Posting |
|---|---|
| Date of Opening: 1/2/02 | For information on completing an Application contact: |
| Date of Posting: 1/8/02 | |
| End Posting: 1/18/02 | PBG's Job Line  302/761-8683 |
| Hiring Manager: TBA | |
| Job Opening #: MD120-120401 | |
| Hourly Rate: $10.88  (weekend work required) | |

## MERCHANDISER – Wilmington, DE

### JOB SUMMARY:

To provide customer support by maintaining shelf space, displays, etc. according to Pepsi standards

### PRIMARY JOB ACCOUNTABILITIES:

- Merchandise store shelving, coolers and displays with Pepsi products in accounts assigned by supervisor
- Utilize point of purchase in each account
- Keep back room stock in neat and orderly condition
- Communicate sales results to store and Pepsi management
- Build customer relationships at store level

### JOB ELIGIBILITY CRITERIA:

- Previous grocery retail merchandising experience preferred
- Must be 18 years of age
- *Must have car or personal transportation to access multi-store locations within assigned shift*
- Proof of insurance
- *Valid Driver's License*
- No more than 1 moving violation i.e. reckless driving, speeding in excess of 15 miles above the posted speed limit within the past year
- *No serious motor vehicle violations such as DWI, DUI in the past year*
- No more than 2 moving violations or serious motor vehicle violations within the past 3 years
- Must be able to perform physical lifting of 40-50 lbs. or greater on a repetitive daily basis, reaching above shoulders and bending frequently, kneeling/squatting often



EXHIBIT
Tillman-13
12/12/05 DHb