# EXHIBIT 7

*no. 8654*

| Workloc Cd | Name | Core/SSN | Job Title S | 2001 Rate | Inc. Amt | 2002 Rate | Effective Date |
|---|---|---|---|---|---|---|---|
| WILDE | Blay, Raymond Y. | REDACTED | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Davis, Anthony M. | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Iovacchini III, Vincent J. | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Jabkowski, Gregory M. | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Kern, Clifford Albert | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Rowe, Adam T. | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Tillman, Martayna G. | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Vlahos, Nicholas | | Merchandis | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |

*Jack + Pedro - 1:31 to 1-9*
*Jenny - 1:31*

Roland 1/23/02

CONFIDENTIAL

PBG 00092