# EXHIBIT 9

# THE PEPSI BOTTLING GROUP

## Open Job Notice

| Internal Posting | External Posting |
|---|---|
| Date of Opening: | For information on our Open House please |
| Date of Internal Posting: | Call our job line at 302.761.8683. |
| End Posting | **No faxes please** |
| Hiring Manager: | Applications will be completed at the Open |
| Job Opening #: | House. |
| Hourly Rate: | **PBG is an equal opportunity employer.** |

## RELIEF DRIVER – SALES

### JOB SUMMARY:

Act as a fill-in driver covering for the absence of a regularly scheduled driver by: selling, merchandising and servicing customers on an assigned route. Also fulfill miscellaneous duties assigned by manager.

### PRIMARY JOB ACCOUNTABILITIES:

- Sell and execute all promotions
- Service all scheduled customers by end of shift
- Merchandise all accounts to local standards
- Fill coolers, racks, displays and vendors as necessary
- Keep accurate route book on assigned accounts
- Maintain clean and well organized truck
- Settles up using correct procedures according to policy
- Deliver bulk loads when necessary

### JOB ELIGIBILITY CRITERIA:

- Must be at least 21 years of age
- Valid CDL "Class A" License
- Valid Driver's License
- No serious motor vehicle violations such as DWI, DUI in the past year
- No more than 1 other motor vehicle violation (e.g., reckless driving, failure to stop at a stop sign) within the past year
- Must pass road test per DOT guidelines
- Able to perform: physical lifting (frequently 40-50 lbs.), push/pull often up to 100 lbs., reaching above shoulder frequently, bending frequently, kneel/squat often

C:\Documents and Settings\clemons\Local Settings\Temporary Internet Files\OLK2A\Relief Driver Sales.doc
March 10, 1999

