# EXHIBIT 10

*Does not have Class A CDL*

### BID FORM

EMPLOYEE: Andy Puro  DATE: 1-9-04

PRESENT POSITION: PRO

BIDDED POSITION: Transport

SIGNATURE: *[signed]*

SUPERVISOR: *[signed]*

PBG 01070