# EXHIBIT 11

Case 1:04-cv-01314-SLR    Document 93-12    Filed 12/15/2006    Page 1 of 2

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974 | ☐ FEPA 0209613 <br> ☐ EEOC 17CA200627 |

| Delaware Department of Labor | and EEOC |
|---|---|
| (State, or local Agency, if any) | |

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Marlayna Tillman | (302) 762-0415 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 688 | Claymont DE 19703-0688 | NCC |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Pepsi Bottling Group | 100+ | (302) 761-4848 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 3511 Governor Printz Boulevard, Wilmington, DE 19809 | |

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 10/1/2001
LATEST 8/27/2002
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I am a black female individual who has been employed by Respondent since 5/8/01. Since in or about 10/1/01, and continuing to the present, Respondent has denied me various promotional opportunities, particularly for Driver positions. Instead, I have been assigned to work in various departments, including, currently, the Warehousing Department, where I am subjected to disparate treatment with regard to terms and conditions of employment. My supervisors, Glen Matthew (white male) and Tom Riley (black male) hold me to a higher standard than my white male coworkers with regard to rules and regulations. As recently as 8/27/02 I was falsely accused of leaving my shift without checking with the Supervisor On Duty. Also, I am paid lower wages than my white male counterparts, although I am expected to perform the same work as they are.

I have been told that I could not get a Driver position because I am not in the union.

I believe I have been discriminated against in violated of the Civil Rights Act of 1964, as amended, and the Delaware Discrimination in Employment Act, because: I am the only female working in my classification, and I am paid lower wages than my male counterparts, denied promotional opportunities, and held to a higher standard. I have seen male coworkers who are not in the union, some with less tenure, obtain Driver positions and thereby become union members.

EXHIBIT Tillman-1 12/13/05 DAB

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

8/28/02 — Marlayna Tillman
Date — Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)

Subscribed and sworn to before me this date (Day, month, and year)

EEOC FORM 5 REV 6/92 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED