# EXHIBIT 12

TO:        MANUFACTURING & WHAREHOUSING EMPLOYEES

FROM:      PHIL WEBER

RE:        LAY-OFFS

DSTAIB  Page 1   09/16/02

## THE FOLLOWING EMPLOYEES MAY BE TEMPORAIRLY LAID OFF AT THE END OF THEIR SHIFTS ON ___09/22/2002___.

BECKER

~~COLEMAN~~

Tillman

R. SANTOS

LEWIS

~~YOUNGBLOOD~~

DAVIS

EASTLOCK

DIPROSPEROS

CEPHAS

THOMAS

STONE

STEWART

WISE

O'HARA

MATHEWS

WESTENBERGER

CORRIGAN

PURDY

PBG 00320