# EXHIBIT 13

 **PBG**    PERSONNEL ACTION REQUEST    PC-11431B

| EMPLOYEE ID | SSN/SIN | FIRST NAME | MI | LAST NAME |
|---|---|---|---|---|
| 01155481 | 521282725 | Marlayna | G. | Tillman |

## ACTION CODES *(Check appropriate action)*

EFFECTIVE DATE: ~~08300010~~ 10/20/02     TERMINATION DATE:     LAST DATE WORKED:

| | | |
|---|---|---|
| ☐ HIRE | ☐ TRANSFER | ☐ LEAVE (PAID) | ☐ TERMINATION |
| ☐ REHIRE | ☐ PAY | ☐ LEAVE (UNPAID) | ☐ RETIREMENT |
| ☐ POSITION CHANGE | ☐ DATA (MISC) | ☒ RETURN FROM LEAVE | |

REASON: RFL / P.DL

POSITION #:

## FILL IN APPROPRIATE ACTION INFORMATION

| COMPANY | BUSINESS UNIT | DEPARTMENT | LOCATION (Work) |
|---|---|---|---|
| | | | |

| JOB TITLE | JOB CODE | REG/TEMP |
|---|---|---|
| | | ☐ REGULAR   ☐ TEMPORARY |

| FULL/PART | EMPLOYEE CLASS | SHIFT |
|---|---|---|
| ☐ FULL-TIME   ☐ PART-TIME | ☐ INTERN   ☐ SEASONAL | ☐ DAY (1)   ☐ EVENING (2)   ☐ NIGHT (3) |

| STANDARD HOURS | CONTRACT TYPE | |
|---|---|---|
| | ☐ SEVERANCE ST OR STL   ☐ RELOCATION   ☐ SIGN ON $ | ☐ GRANDFATHERED |

| UNION LOCAL | SERVICE DATE (Vesting) |
|---|---|
| | |

| PAYGROUP | EMPLOYEE TYPE | GL PAY TYPE (COST CENTER/FRANCHISE) | ACCOUNT CODE (LABOR) |
|---|---|---|---|
| | ☐ EXCEPTION HOURLY   ☐ HOURLY   ☐ SALARIED | | |

| GRADE (BAND/LEVEL) | PERFORMANCE RATING |
|---|---|
| | ☐ ABOVE TARGET   ☐ ON TARGET   ☐ BELOW TARGET |

| COMPENSATION FREQUENCY | COMPENSATION RATE | INCR. AMOUNT/PERCENT |
|---|---|---|
| ☐ ANNUAL   ☐ HOURLY   ☐ WEEKLY | $ | |

| DOT/CDL DRIVERS LICENSE DATA | OTHER DRIVERS LICENSE DATA |
|---|---|
| ☐ ACDL: >26K CLASS A/TRAILER >10K | ☐ NON: NON-COMMERCIAL LICENSE |
| ☐ BCDL: >26K CLASS B/TRAILER <10K | ☐ INSU: PERSONAL INSURANCE REQUIRED FOR JOB |

TCDL: CDL TRAINEE/LEARNER'S PERMIT.
D10K: 10K - 26K

CDL ENDORSEMENTS (IF APPL):   ☐ H: HAZMAT   ☐ N: TANKER   ☐ X: BOTH H & H   ☐ T: DOUBLE TRAILER

| | COMMENTS | | |
|---|---|---|---|
| | REC'D | 10-24-02 | |
| | ADP | 10-24 | |
| Return from layoff | EDMS | 10-24 | |
| | EIC | —F | |

PBG 00052

## APPROVALS

| SUPERVISOR SIGNATURE | DATE | APPROVING MGR SIGNATURE | DATE | HR/MGR/HRD SIGNATURE | DATE |
|---|---|---|---|---|---|
| ~~J.S. Claytor~~ | 10-7-02 | | | Tracey Drewicki | 10/14/02 |