# EXHIBIT 14



**TEAMSTERS LOCAL UNION NO. 830**
12298 TOWNSEND ROAD  PHILADELPHIA, PA 19154
(215) 671-9850
(800) 321-9850

N⁰ 0663

## GRIEVANCE REPORT

Filed By: Doug McCaugh / IJIBO  Marlayna Tillman  Company: Pepsi-Cola  Dept.: Production
Shop Steward: Gary Dipasquale  Date Filed: 11-20-02
Nature of Grievance: Laid off out of Seniority

Remedy Requested: Including, but not limited to: layoff and recall by Seniority
Full back pay and benefits

Signature of Grievant: IBT 830 Marlayna Tillman

## EMPLOYER REPORT

Date: _____  Supervisor Name: _____
Remarks: _____

Signature of Supervisor: _____

## SHOP STEWARD REPORT

Date Grievance Filed with Company: _____  with Supervisor: _____
Disposition
☐ Remedy Granted          ☐ Resolved          ☐ No Merit
☐ Denied                  ☐ Withdrawn         ☐ Referred to Union
                                                Date:
Remarks: _____

Signature of Shop Steward: _____

## BUSINESS AGENT REPORT

Company Representative handling grievance: Tracy D / Phil Wilber

Disposition:
☐ Remedy granted          ☐ Grievance withdrawn     ☐ Grievance denied
☒ Grievance Resolved      ☐ No merit

Remarks: _____

PBG 00316

Final Disposition: Will be made whole and paid 4 weeks plus 2 days pay

Business Agent Signature: Doug M

NOTE: THIS GRIEVANCE RELATES TO THE INDIVIDUAL IDENTIFIED ABOVE AND ALL SIMILARLY- SITUATED BARGAINING UNIT MEMBERS

( WHITE COPY: COMPANY    YELLOW COPY: MEMBER    PINK COPY: STEWARD    GOLD COPY: UNION )

