# EXHIBIT 15

## GRIEVANCE RELEASE

I _Marilyn Tillman_ that before signing the Grievance Settlement

Agreement dated _____

I have had an adequate opportunity to review with the person

of my choosing, and further agree that I fully understand the

terms and conditions of the Grievance Settlement Agreement.

I further acknowledge that I have not be coerced into signing

the agreement and I have signed it knowingly and voluntarily.


I further acknowledge that Teamsters Local 830 representatives

have explained and detailed my rights and options and I fully

understand those rights and options.


I further acknowledge that Teamsters Local 830 has fully and

fairly represented me in all matters pertaining to and relating

to this grievance and my employment with _P. B G_ .

• grievance #s 665, 489, 662, 662-2, 663.

_Marilyn Tillman (all rights reserved)_

_____
Witness

Date: _1/21/03_____

PBG 00314