# EXHIBIT 16

A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION   www.marshalldennehey.com

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Orlando
Tampa

Direct Dial: (302)552-4323
Email: econde@mdwcg.com

June 14, 2004



**BY CERTIFIED MAIL**

Erik C. Grandell, Esquire
1020 W. 18th Street
Suite 2
P.O. Box 2207
Wilmington, DE  19802

Re:   Marlayna Tillman v. Pepsi Bottling Group
       Our File No.: 06175-00465
       IAB Hearing No.: 1242671
       DOL: 11/06/03

Dear Mr. Grandell:

Enclosed please find Sedgwick CMS check number 0005552016 in the amount of $4,934.99 payable to Marlayna Tillman. This check compensates your client for 11/06/03 through 4/18/04. Acceptance of this check represents acknowledgement of payment in full pursuant to the settlement in this case. Also enclosed is check number 0005552020 in the amount of $3,790.29 for attorney fees.

Please direct your client to execute and return the enclosed Agreements and Receipts for Temporary Total Disability. Upon receipt of the executed documents we will file them with the Board. If you have any questions please do not hesitate to call. Thank you.

Very truly yours,

Erika Conde
Paralegal

/ec

Enclosures

cc:   Christine Miller, Sedgwick Ins.
       Claim No. A364618584


EXHIBIT
Tillman-10


RECEIVED
JUN 16 2004
SEDGWICK CMS