# EXHIBIT 17

CASE FILE NO. 1242671
CARRIER FILE NO. A364618584

## STATE OF DELAWARE
## OFFICE OF WORKERS' COMPENSATION
## AGREEMENT AS TO COMPENSATION

Employee  MARLAYNA TILLMAN
Address   P.O. BOX 688
          CLAYMONT, DE 19802

Employer  PEPSI BOTTLING GROUP
Address   3501 GOVERNOR PRINTZ
          BELLEFONTE, DE 19809

Insurance Carrier/Self-insurer SEDGWICK CMS
Address  US STEEL TOWER
         600 GRANT STREET, SUITE# 2944
         PITTSBURG, PA 15219

Third party Adjuster _____
Address _____

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury  11/06/03                  Date Disability Began  11/06/03
Cause/Place of Accident  SEE FIRST REPORT OF INJURY
Nature/Part of Body  RIGHT KNEE & CALF
Probable Length of Disability (if known)  11/06/03- 4/18/04

The terms of this agreement under the above facts are as follows:
This agreement is for (check all that apply) _X_ Total Disability ___ Temporary Partial Disability
___ Permanent Partial Disability ___ Disfigurement ___ Commutation ___ Medical Only
___ Salary In Lieu of Workers' Compensation
*** LESS A CREDIT OF $7,700.00 FOR SHORT TERM DISABILITY RECEIVED***

That the said  MARLAYNA TILLMAN  shall receive compensation at the rate of  $440.00  per week based upon an average weekly wage of  $660.00  and that said compensation shall be payable ___ weekly ___ bi-weekly X LUMP SUM monthly other (specify) from and including the 6th of NOVEMBER 2003 until APRIL 18, 2004.

BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED CARRIER/SELF-INSURED/THIRD PARTY ADJUSTER OF ANY CHANGE IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE OF STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE 11 DELAWARE CODE, SECTION 913.

Witness _____
           (signature)
Address: _____
         _____

Employee _____
            (signature)


Adjuster/Attorney _____
                     (signature)

Phone Number _____
Date of Agreement _____

For Accounting Use Only:
Approved by: _____
Date of Approval: _____

RECEIVED
JUN 16 2004
SEDGWICK CMS
PITTSBURGH OFFICE

| | | | |
|---|---|---|---|
| Sedgwick Claims Management Services, Inc | DATE | CHECK AMT | CHECK NO. |
| 600 GRANT STREET | 06/11/2004 | 4,934.29 | 0005552016 |
| USX TOWER, STE 2944 | | | |
| PITTSBURGH, PA 15219-2703 | PAYEE | | TAX ID |
| | MARLAYNA TILLMAN | | |
| | SCMS UNIT | | PAGE |
| | 646 Sedgwick Claims Management Services | | 001 |

*000016  0005552016  001 OF 001  OPM  040610 1426

Marshall, Dennehey, Warner, Coleman & Go
Attn: Christine O'Connor
1220 N. Market St. 5th fl PO Box 8888
Wilmington, DE  19899-8888

| Claimant Name | Loss Date | Claim Number | SSN |
|---|---|---|---|
| TILLMAN, MARLAYNA G.<br>  Amt Paid:    4934.29        Description: Lump Sum-Temporary Disability<br>  Dates: 11/06/2003 - 04/18/2004   Comment: Disability bfts owed | 11/06/2003 | A364618584-0001-01 | |

RECEIVED JUN 16 2004 SEDGWICK CMS PITTSBURGH OFFICE

E1991.FRM (02-28-

Sedgwick Claims Management Services, Inc       ORIGIN       DATE       CHECK NO.
on behalf of Pepsi Bottling Group                6461996     06/11/2004  0005552016

PAY ONLY  4934 29

000016  0005552016  001 OF 001  OPM  040610 1426

PAY   *FOUR THOUSAND NINE HUNDRED THIRTY FOUR*
      *AND 29/100 DOLLARS*                                                    $4934.29

TO THE ORDER OF    MARLAYNA TILLMAN

First Union Bank of Delaware
Wilmington, DE                    VOID AFTER 60 DAYS

⑈000555201⑈ ⑆031100225⑆ 207995005970 3⑈

Sedgwick Claims Management Services, Inc
600 GRANT STREET
USX TOWER, STE 2944
PITTSBURGH, PA  15219-2703

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 06/11/2004 | 3,790.29 | 0005552020 |

| PAYEE | TAX ID |
|---|---|
| BEVERLY L BOVE | 510370163 |

| SCMS UNIT | PAGE |
|---|---|
| 646 Sedgwick Claims Management Services | 001 |

*000018  0005552020  001 OF 001  OPM  040610 1426

Marshall, Dennehey, Warner, Coleman & Go
1220 N. Market St., 5th fl. PO Box 8888
Wilmington, DE  19899-8888

| Claimant Name | Loss Date | Claim Number | SSN |
|---|---|---|---|
| TILLMAN, MARLAYNA G.  Amt Paid: 3790.29  Amt Billed: 3790.29  Dates: 11/06/2003 - 04/18/2004 | 11/06/2003  Description: Claimant Legal Expense (Indemnity)  Invoice:  Comment: Atty fee's for Malayna Tillman | A364618584-0001-01  ICN: A364618584000101 | |

RECEIVED JUN. 1 6 2004 SEDGWICK CMS PITTSBURGH OFFICE

E1991.FRM (02-28)



Sedgwick Claims Management Services, Inc
on behalf of Pepsi Bottling Group

| ORIGIN | DATE | CHECK NO. | 62-22 |
|---|---|---|---|
| 646 1996 | 06/11/2004 | 0005552020 | 311 |

PAY ONLY  $3790  29

000018  0005552020  001 OF 001  OPM  040610 1426

PAY  *THREE THOUSAND SEVEN HUNDRED NINETY*
     *AND 29/100 DOLLARS*                                           $3790.29

TO THE ORDER OF   BEVERLY L BOVE

First Union Bank of Delaware
Wilmington, DE                        VOID AFTER 60 DAYS

"000555202O"  I:031100225I:  20799500 5970 3II"

CASE FILE NO. 1242671
CARRIER FILE NO. A364618584

## STATE OF DELAWARE

## OFFICE OF WORKERS' COMPENSATION

## RECEIPT FOR COMPENSATION PAID

DATE: June 14, 2004

Received of SEDGWICK CMS the sum of $12,634.29*, making in all the total sum of $12,634.29

in settlement of compensation due for the TEMPORARY TOTAL * disability of MARLAYNA TILLMAN

which began on 11/06/03, and terminated on 4/18/04.

_____
Employee Signature

*28.71 weeks of benefits at a
compensation rate of $ 440.00
*** LESS A CREDIT OF $7,700.00 FOR SHORT TERM
DISABILITY RECEIVED***
** RIGHT KNEE & CALF

_____
Address:

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits specified above on the date indicated. This form is not a release of the employer's or of the insurance carrier's workers' compensation liability. It is merely a receipt of compensation paid. The claimant has the right within five years after the date of the last payment to petition the Office of Workers' Compensation for additional benefits.

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

A REGIONAL DEFENSE LITIGATION LAW FIRM

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

20 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Orlando
Tampa

Direct Dial: 302-552-4321
Email: coconnor@mdwcg.com

May 21, 2004



**VIA FACSIMILE & U.S. MAIL**
Erik C. Grandell, Esquire
1020 W. 18th Street
Suite 2
P.O. Box 2207
Wilmington, DE 19802

Re:   Marlayna Tillman v. Pepsi Bottling Group
      Our File No.: 06175-00465
      IAB Hearing No.: 1242671
      DOL: 11/06/03

Dear Erik:

Please accept this letter as an outline of our settlement terms related to the above-referenced matter. My client has agreed to recognize Ms. Tillman's right calf and right knee injuries that were sustained at Pepsi on November 6, 2003. We also have agreed to pay temporary total disability benefits from November 6, 2003 through April 18, 2003. This translates into 28.71 weeks of benefits at the rate of $440.00 for a total of $12,634.29. You and I have agreed to address any average weekly wage calculation issue at a legal hearing in the future, if necessary. If it is found that Ms. Tillman requires an adjustment to her average weekly wage compensation rate, we will pay additional temporary total disability benefits accordingly.

You and I also discussed the fact that Ms. Tillman received short term disability benefits from November 12, 2003 through April 13, 2003. She was paid $350.00 per week for a total of $7,700.00. My client has asserted its right to take a credit against temporary total disability benefits that are due. You and I have agreed to investigate whether the claimant paid into her disability insurance premium and this will determine whether or not she is owed the $7,700.00 directly. For now, I will request a temporary total disability check in the amount of $4,934.29.

Finally, my client has agreed to pay expert witness fees in this case and I will need an invoice for Dr. Bandera's deposition from you at your earliest convenience. I will also be requesting a check in the amount of $3,790.29 for the 30% attorney's fee payment.

