# EXHIBIT 19

06/09/04 WED 14:55 FAX 5409665242      PEPSI BOTTLING GRP                                    ☒ 005

Claim Notes                                                                     Page 1 of 21



viaOne
Details

| | |
|---|---|
| Claim | Home   Claim Search   Query Menu   Requests   Downloads   Contact Us   Hel |
| Workers Compensation | Claim#: A364618584-0001-01    Claimant Name: MARLAYNA G TILLMAN |
| ICD History | Loss Date: 11/06/2003         Type: WC - WC |
| Managed Care | Examiner: Christine Miller    Examiner Office: 332 - Pittsburgh, PA |
| Time Tracking | Vendor ID: 000                Processing Office: 646 - Dallas, TX |
| Work Status | |
| Financial | Notes |
| Overview | Notes Selection Criteria |
| Payment History | View Level: [Claim]    Sort Order: [Descending] |
| Reserves | Filter for [** All **] |
| Documentation | |
| Notes | |
| Diary | |

Employee
Employee Detail
Options
Address Book
Alternate Numbers
Client Service Instructions
Index System History
Index System Reports
Legal
Miscellaneous
Related Claims
Status History
Recoveries/Offsets
Summary
Plan Summary
Other
Print View
Sign Off

Created     By        For   Type       Text

                                        Sent email to karen davis, russ hall and lori rene

                                        Karen,
                                        I have spoken to defense counsel Christine O'C
                                        "aggravation of prior injury" per employee that to
                                        06/1/04. Defense counsel and I agree that surve
                                        necessary on this employee. Pls provide author
06/04/2004 cmiller    cmiller EX        need a physical description as well in order to a
                                        as possible. Denial has been issued on the 6/1/
                                        but we are both confident this will go to a Hearin
                                        like as much ammunition as possible.

                                        Christine A. Miller
                                        Claims Examiner III
                                        PH# 412-566-3136
                                        FAX# 412-566-3150

                                        Board Rule 4 Notice sent to IW:

                                        June 3, 2004

                                        Marlayna Tillman
                                        P.O. Box 688
                                        Claymont, DE 19703


                                        RE: Employee: Marlayna Tillman
                                        Employer: PEPSI BOTTLING GROUP, INC
06/03/2004 cmiller    cmiller EX        Date of Injury: 11.06.03
                                        Claim Number: A364618584

                                        BOARD RULE 4 NOTICE

                                        Dear Ms. Tillman:

                                        Sedgwick Claims Management Services admini
                                        Compensation claims on behalf of The Pepsi Bo

                                        We are denying the period of disability as of Jun
                                        recurrence of the November 6, 2004 incident as
                                        Delaware Law requires that you be notified that

https://viaone.sedgwickcms.net/scripts/cgiip.exe/WService=wsjurisweb/notes-cgi?Context-ID=zo 6/9/04

PBG 01323

Claim Notes                                                                 Page 2 of 21

limitations for workers' compensation claims is t
your claim has been accepted as compensable
made to you or on your behalf, the statue of limi
years *from the date of last payment*.

If you have any questions, I can reached at 1-86
3136.

Sincerely,
Sedgwick Claims Management Services, Inc.

Christina Miller
Claims Exam III

cc: Dept. of Labor
Pepsi Bottling Group
Beverly Bove

| Date | User | Code | Note |
|---|---|---|---|
| 06/03/2004 | cmiller | cmiller LG | Christine O'Connor in depositions, spoke with p Casey reg new circumstances with employee re claim for re-aggravation of prior injury from 11/0 Two separate issues exist, we still need to issue the closed period that we agreed to accept. As o recurrence on 06/1/04 we will be issuing a Rule as being related. We have a DME indicating she returning to position back in Feb 2004. No add'l necessary. We do not want to voluntarily accept aggravation. IW has worked full duty since 4/19 since it is Pepsi's policy not to accomodate restr denied claims he would suggest Pepsi not offer work to IW. Left messsage for Tabatha to pls contact me as |
| 06/03/2004 | cmiller | cmiller CN | Called Tabatha, employee called Jobhurt 6/1/04 has aggravated the same injury from 11/6/03. A employee is upset since she posted for a line dr employee with more senority bumped her from t remains in the filler room. She stands on her fee majority of her shift. She realized in the morning was bumped from the position she wanted and she rpt'd this incident. Has returned to Banderas has placed her on TD which was effective 6/2/0 L/M for Christine O'Connor D/C since this was a should Pepsi allow her to work TD. Since DME 4/8/04 indicating she was capable of full duty wh our position in this matter? Email rec'd from Tabath/safety manager at facili |
| 06/03/2004 | cmiller | cmiller C1 | Marylana is stating that she re-aggravated her in tendon in her calf. Was this claim accepted or d previously. I know it was talked about but I don't results. If that one was denied, wouldn't this one I know she had surgery to correct the injury, is it to reaggravate it? Let me know Thanks Tabatha |

https://viaone.sedgwickcms.net/scripts/cgiip.exe/WService=wsjurisweb/notes-cgi?Context-ID=zo 6/9/04

PBG 01324