# EXHIBIT 20



## Payroll Change Notice

**Effective Date:** 06/07/04 (Month/Date/Year)

- [x] New Hire
- [ ] Termination
- [ ] Status Change
- [ ] Transfer
- [ ] Compensation
- [ ] Job Change / Shift Change
- [ ] Bonus
- [ ] Disability / Leave of Absence
- [ ] Address Change / Other

### General Information

- **Employee #:** 451
- **Employee Name:** Tillman, Marlayna
- **SSN:** 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
- **Department:** Shipping
- **Location:** Concordville
- **Cost Center:**
- **Title:** Forklift Operator
- **Reports to:** Dave Rawding (Name) / Supr (Title)
- **Status:** [x] Hourly, [ ] Regular Full Time, [ ] Regular Part Time; [ ] Exempt, [x] Non-Exempt
- **Marital Status:** [ ] Married, [x] Single
- **Date of Birth:** 09/06/63
- **Gender:** [x] Female, [ ] Male
- **Address:** P.O. Box 688, Claymont, DE 19703
- **Phone:** 302-762-0415

### For US Only

- [ ] White
- [x] Black
- [ ] Hispanic
- [ ] Asian
- [ ] American Indian
- [ ] Veteran

### Complete for Compensation & Benefits

- **Current Salary:** $ 12.93
- **Change in %:**
- **Bonus %:**
- **New Salary:** $
- **Change in $:**
- **Shift:**
- **Rate 2:** $
- **Rate 3:** $
- **Pay Grade:**
- **Annual Vacation Entitlement:**
- **Other:**

### Complete for Termination, Disability, Leave of Absence or Transfer

- [ ] Termination
- [ ] Disability
- [ ] Leave of Absence
- [ ] Transfer
- **Reason:**
- **Vacation Taken:**
- **Vacation Owed:**
- **Other (Give Details):**

### Additional Comments

### Approvals

| Role | Signature | Title | Date |
|---|---|---|---|
| Site Hiring Manager | | | |
| Site or Plant Manager | [signature] | | 6-14-04 |
| Vice President | | | |
| Site HR Manager | [signature] | HRMgr | 6 8 04 |
| Divisional HR Director | | | |

(All termination PCN's must be faxed to Columbus within 24 hours of termination date)

Rev 3/03