# EXHIBIT 21

# Cott Beverages USA
## APPLICATION FOR EMPLOYMENT

*T*

**Cott**
COTT BEVERAGES USA
A Division of Cott Beverages, Inc.

*404*

DATE *5/1/04*

Cott Beverages USA is an Equal Opportunity Employer and does not discriminate against any individual in any phase of employment in accordance with the requirements of various federal, state, and local laws which prohibit discrimination based on race, color, sex, religion, national origin, ancestry, age (as prescribed by law), disability or marital status.

or Proper Consideration, Answer Completely and Accurately. **DO NOT REFERENCE RESUME.**

(PLEASE PRINT OR TYPE)

## PERSONAL INFORMATION

| NAME (LAST) | (FIRST) | (MIDDLE) | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| TILLMAN | MARLAYNA | G. | 521282725 |

HOME ADDRESS: *Po Box 688*

AREA CODE/TELEPHONE NUMBER: *(302) 762-0415*

| CITY | STATE | ZIP CODE |
|---|---|---|
| CLAYMONT, | DE | 19703 |

| POSITION DESIRED | 1ST CHOICE | 2ND CHOICE | DATE AVAILABLE |
|---|---|---|---|
| | DELIVERY DRIVER/YARD Jockey | WAREHOUSE WORKER | 5/20/04 |

## EDUCATION

| EDUCATION | NAME OF SCHOOL, CITY, AND STATE | DATES ATTENDED FROM | DATES ATTENDED TO | DID YOU GRADUATE? | COURSE OF STUDY | GRADE POINT AVERAGE |
|---|---|---|---|---|---|---|
| HIGH SCHOOL | MANUAL HIGH SCHOOL DENVER, Co 80205 | | | Yes | General | 3.0 |
| COLLEGE OR UNIVERSITY | Bryn Mawr College BRYN MAWR, PA 19010 | | | No | Major English / Minor Music | 1. 2.8 / 2. 3.0 |
| MILITARY OR SPECIAL SCHOOLS | N/A | | | | | |
| OTHER SCHOOLS | N/A | | | | | |

EXHIBIT
Tillman-9
12/13/05 DAn
FEHR/GO 800-831-6989

ADDITIONAL INFORMATION, PLEASE ATTACH AND INITIAL.

## PERSONAL REFERENCES

| NAME | ADDRESS | PHONE | POSITION | YEARS KNOWN |
|---|---|---|---|---|
| Edward Flowers | 1039 N. Pine St #3 Wilm. DE 19802 | (302) 888-1228 | Warehouse worker | 3 yrs |
| Khrema Ernest | Coventry Lane Apts. Glen Mills, PA | (610) 410 8146 | Secretary | 3 yrs. |
| Evelyn Tinsley | 2017 S 71st St Phila PA 19142 | (215) 729 2927 | homemaker | 15 yrs. |