# EXHIBIT 22

Case 1:04-cv-01314-SLR   Document 93-23   Filed 12/15/2006   Page 1 of 2



## Payroll Change Notice

| Effective Date: | 06/10/04 Month/Date/Year | ☐ New Hire | ☒ Termination | ☐ Status Change | ☐ Transfer |
|---|---|---|---|---|---|
| ☐ Compensation | ☐ Job Change ☐ Shift Change | ☐ Bonus | ☐ Disability ☐ Leave of Absence | | ☐ Address Change ☐ Other |

### General Information

Employee #: 451
Employee Name: Tillman, Marlayna     SSN: 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
Department: Shipping     Location: Concordville     Cost Center:
Title: Forklift Operator     Reports to: W Swindell
Status: ☒ Hourly  ☐ Regular Full Time  ☐ Regular Part Time     ☐ Exempt  ☒ Non-Exempt
Marital Status: ☐ Married  ☐ Single
Date of Birth: 06/06/06     Gender: ☐ Female  ☐ Male
Address: _____ Street Address _____ Apt/Unit _____ City
_____ State _____ Zip Code _____ Country _____ Phone

### For US Only
☐ White  ☐ Black  ☐ Hispanic  ☐ Asian  ☐ American Indian  ☐ Veteran

### Complete for Compensation & Benefits
Current Salary: $     Change in %: %     Bonus %:
New Salary: $     Change in $: $     Shift:
Rate 2: $     Rate 3: $     Pay Grade:
Annual Vacation Entitlement:     Other:

### Complete for Termination, Disability, Leave of Absence or Transfer
☒ Termination  ☐ Disability  ☐ Leave of Absence  ☐ Transfer     Reason:
Vacation Taken:     Vacation Owed:
Other (Give Details):

### Additional Comments

### Approvals
Site Hiring Manager: _____     Title: _____     Date: _____
Site or Plant Manager: _____     Title: _____     Date: _____
Vice President: _____     Title: _____     Date: _____
Site HR Manager: [signature] Betty Reid     Title: HR mgr     Date: 7-16-04
Divisional HR Director: _____     Title: _____     Date: _____

(All termination PCN's must be faxed to Columbus within 24 hours of termination date)
Rev 3/03 r1

PBG 01132