# EXHIBIT 23

PBG 01564

