# EXHIBIT 25

RX Date/Time      11/01/2006 20:06              3024789123                      P.005
 .   11/01/2006  19:51    3024789123                                      PAGE  05

### Mujib R. Obeidy, M.D. & Associates

3519 Silverside Road, Concord Plaza
Ridgely Building, Suite 102
Wilmington, DE 19810
Phone: 302-478-5900
Fax: 302-478-9123
............................................................

## Progress Note

7/7/04

Patient no showed for her last on 6/2/04 appointment. Ms. Tillman's insurance was cancelled, at her request, in September of 2002! This explains why she never gave us the information beforehand and brought the card in only on her last visit here. We have placed several calls to her but none have been returned to date.

Unfortunately, this calls into question her reliability in reporting her symptoms. With the potential of a large settlement from a large corporation, she has the motivation to exaggerate, if not outright lie, to make herself sicker than she actually is.

## Final Diagnosis:   Malingering

## Plan

Recommend a full neouropsychological battery
Close case
Send to storage

Mujib R. Obeidy, M.D.