# EXHIBIT 28

```
Report ID: PCHREEPR                          PeopleSoft
                                          EMPLOYEE PROFILE                              Page No.  1
                                                                                        Run Date 12/13/2005
                                                                                        Run Time 08:31:45

Empl ID: 01155487                         Tillman,Marlayna G.                   National ID: 521282725
```

| Home Address: | P O Box 688 | Mailing Address: |
|---|---|---|
|  | Claymont  DE  19703 |  |
|  | USA |  |
| Home Telephone: | 302/762-0415 |  |

## CURRENT EMPLOYMENT

| Business Unit: | Mid-Atlantic BU | Job Title: | Delivery Driver - Trlr/Trnsp |
|---|---|---|---|
| Market Unit: | Delaware Valley MU | Job Entry Date: | 09/23/2004 |
| Work Location: | Wilmington, DE | Band/Level: | HC2 |
| Hire Date: | 05/08/2001 | Orig Hire Date: | 05/08/2001 |
| Union: | 830 | Perf Rating: |  |
| Seniority Date: |  | Comp. Rate: | 16.95  Hourly |
| Department: | 010477  Wilmington, DE | Lead Pay: |  |
| GL Pay Type: | 0240  Wilmington DE | Seniority Pay: |  |
| Account: | 77050013200 | Shift Pay: |  |
| AC Function: | Operations | Full-Part: | Full-Time |
| Job Function: | S&D Selling and Delivery | Empl Type: | Hourly |
| Job Family: | DIR Direct | FLSA Status: | Nonexempt |
|  |  | Reg/Temp: | Regular |

### SALARY ACTION/DATA HISTORY

| Eff Dt/ Status | Action/ Reason | Department/ Title | Perf Rating/ Full-part | Empl Type/ Reg/Temp | Band/ FLSA | Comp Rate/ Freq | Inc. %/ Curr | Std Hrs |
|---|---|---|---|---|---|---|---|---|
| 12/02/2004 Terminated | TER Job Aband | Wilmington Delivery Driver - Trlr | Full-Time | Hourly Regular | HC2 Nonexempt | 16.95 Hourly | 0 USD | 40 |
| 11/22/2004 Leave W/Py | PLA NMedNonOc | Wilmington Delivery Driver - Trlr | Full-Time | Hourly Regular | HC2 Nonexempt | 16.95 Hourly | 0 USD | 40 |
| 09/23/2004 Active | DTA ABBR Upda | Wilmington Delivery Driver - Trlr | Full-Time | Hourly Regular | HC2 Nonexempt | 16.95 Hourly | 0 USD | 40 |
| 09/19/2004 Active | PAY Lateral | Wilmington Delivery Driver - Trlr | Full-Time | Hourly Regular | HC2 Nonexempt | 16.95 Hourly | 3.67 USD | 40 |
| 05/01/2004 Active | DTA Out / Fle | Wilmington General Labor/Ops | Full-Time | Hourly Regular | HC1 Nonexempt | 16.35 Hourly | 0 USD | 40 |
| 04/19/2004 Active | RFL RF Ben Lv | Wilmington General Labor/Ops | Full-Time | Hourly Regular | HC1 Nonexempt | 16.35 Hourly | 0 USD | 40 |
| 01/01/2004 Leave W/Py | PAY Pay Adjus | Wilmington General Labor/Ops | Full-Time | Hourly Regular | HC1 Nonexempt | 16.35 Hourly | 1.238 USD | 40 |
| 11/07/2003 Leave W/Py | PLA NMedNonOc | Wilmington General Labor/Ops | Full-Time | Hourly Regular | HC1 Nonexempt | 16.15 Hourly | 0 USD | 40 |
| 09/23/2003 Active | DTA ABBR Upda | Wilmington General Labor/Ops | Full-Time | Hourly Regular | HC1 Nonexempt | 16.15 Hourly | 0 USD | 40 |
| 07/07/2003 Active | PAY Lateral | Wilmington General Labor/Ops | Full-Time | Hourly Regular | HC1 Nonexempt | 16.15 Hourly | 0 USD | 40 |
| 06/14/2003 Active | DTA PS Payrol | Wilmington Warehouse Person | Full-Time | Hourly Regular | HC1 Nonexempt | 16.15 Hourly | 0 USD | 40 |
| 03/25/2003 Active | PAY End T-Out | Wilmington Warehouse Person | Full-Time | Hourly Regular | HC1 Nonexempt | 16.15 Hourly | 0 USD | 40 |

```
Report ID: PCHREEPR                         PeopleSoft
                                         EMPLOYEE PROFILE                              Page No. 2
                                                                                       Run Date 12/13/2005
                                                                                       Run Time 08:31:45
Empl ID: 01155487                        Tillman,Marlayna G.                    National ID: 521282725
```

| Date | Action | | Location | Job | Full/Part | Pay Type | Reg/Temp | Exempt | Comp Rate | | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/19/2003 Active | PAY | Beg T-Dut | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 16.15 | 0 USD | 40 |
| 01/10/2003 Active | PAY | End T-Dut | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 16.15 | 0 USD | 40 |
| 01/01/2003 Active | PAY | Adj - H&C | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 16.15 | 2.54 USD | 40 |
| 12/27/2002 Active | PAY | Beg T-Dut | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 15.75 | 0 USD | 40 |
| 10/20/2002 Active | RFL | RF Ben Lv | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 15.75 | 0 USD | 40 |
| 10/09/2002 Leave W/Py | DTA | ABBR Upda | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 15.75 | 0 USD | 40 |
| 09/22/2002 Leave W/Py | PLA | Layoff Pd | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 15.75 | 0 USD | 40 |
| 08/26/2002 Active | DTA | Conversio | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HC1 | Nonexempt Hourly | 15.75 | 0 USD | 40 |
| 07/28/2002 Active | PAY | Jb Chg-H& | Wilmington | Warehouse Person | Full-Time | Hourly Regular | HLY | Nonexempt Hourly | 15.75 | 48.909 USD | 40 |
| 12/31/2001 Active | PAY | Pay Adjus | Wilmington | Merchandiser | Full-Time | Excep Hrly Regular | B | Nonexempt Annual | 22,600.00 | 0 USD | 40 |
| 05/08/2001 Active | HIR | New Hire | Wilmington | Merchandiser | Full-Time | Excep Hrly Regular | B | Nonexempt Annual | 22,000.00 | 0 USD | 40 |

**PRIOR WORK EXPERIENCE**

| Employer | Start | End | Title |
|---|---|---|---|
| Net-X Communications | 04/01/1999 | | Installer |
| Suburban Cable TV | 03/01/1993 | 04/01/1999 | Dispatcher |

**EDUCATION**

| School | Major | Degree | Date |
|---|---|---|---|

**LANGUAGES**

| Language | Native | Speak | Read | Write |
|---|---|---|---|---|

PBG 00268