# EXHIBIT 29

EXHIBIT
TILLMAN-36
10/11/06 JR

| Name | Hire Date | Seniority Date | Union Seniority Date |
|---|---|---|---|
| **Operations** | | | |
| Siwinski, Jr., Joseph A. | | | |
| Earl, Leon S. | 3/21/69 | 3/21/69 | 3/21/69 |
| Falcon, James S. | 1/16/78 | 1/16/78 | 1/16/78 |
| McGurk, Brian | 12/17/73 | 12/8/82 | 12/17/73 |
| Saunders, Ringgold | 9/19/83 | 9/19/83 | 9/19/83 |
| McGonigle, William J. | 2/3/86 | 2/3/86 | 2/3/86 |
| Bowman, Kenneth D. | 6/22/87 | 6/22/87 | 6/22/87 |
| Cameron, Jr., John K. | 9/8/87 | 9/8/87 | 9/8/87 |
| Stanley, Jeffrey S. | 11/7/88 | 11/7/88 | 11/7/88 |
| Kamal, Stephen J. | 2/29/88 | 3/20/89 | 3/20/89 |
| Meadow, Robin | 4/3/89 | 1/8/90 | 1/8/90 |
| Cephas, Darrell A. | 2/5/90 | 2/5/90 | 2/5/90 |
| Finney, Howard L. | 1/2/90 | 2/26/90 | 2/26/90 |
| Demby, Marshall L. | 12/13/89 | 2/26/90 | 2/26/90 |
| Loper, Jr., Ernest | 7/9/90 | 9/24/90 | 9/24/90 |
| Faulkner, Louis H. | 6/21/90 | 9/24/90 | 9/24/90 |
| Henderson, Bruce L. | 5/22/90 | 9/24/90 | 9/24/90 |
| Laws, Howard M. | 3/24/80 | 7/8/91 | 7/8/91 |
| Spencer, Peyton E. | 4/25/91 | 7/29/91 | 7/29/91 |
| Morrison, William C. | 4/12/91 | 7/29/91 | |
| Flowers, Ronald A. | 12/8/86 | 5/11/96 | |
| Hitchens, David | 6/11/90 | 11/16 | |
| Turner, Jr., Ernest S. | 7/8/91 | 8 | |
| Coggins, Jr., Robert H. | 9/3/92 | 8/23/93 | 8/23/93 |
| McClain, Jr., Charlie | 5/10/93 | 6/6/94 | 6/6/94 |
| Carson, David G. | 4/11/95 | 4/11/95 | 4/11/95 |
| Wright, Brent | 4/25/94 | 5/3/95 | 5/3/95 |
| Campbell, John R. | 5/25/95 | 5/25/95 | 5/25/95 |
| Williams, Sr., James K. | 4/20/93 | 7/31/95 | 10/12/93 |
| Miller, Daniel J. | 11/27/95 | 11/27/95 | 11/27/95 |
| Bing, Eric | 12/11/95 | 12/11/95 | 12/11/95 |
| McCormick, Jr., James J. | 5/31/96 | 5/31/96 | 5/31/96 |
| Roark, Michael S. | 6/10/96 | 6/10/96 | 6/10/96 |
| Abate, Patrick | 5/2/98 | 5/2/98 | 5/2/98 |
| Purdy, Harold A. | 2/6/95 | 3/30/98 | 3/30/98 |
| Corrigan, Jeffrey M. | 5/4/98 | 5/4/98 | 5/4/98 |
| Westenberger, Jr., Francis | 5/18/98 | 5/18/98 | 5/18/98 |
| Matthews, Merril James | 5/18/98 | 5/18/98 | 5/18/98 |
| O'Hara, Shawn M. | 2/8/99 | 2/8/99 | 2/8/99 |
| Smith, Nathan | 4/26/99 | 4/26/99 | 4/26/99 |
| Wise, John | 8/24/90 | 2/28/00 | 2/28/00 |
| Steward, Bernard T. | 4/20/00 | 4/20/00 | 4/20/00 |
| Pomorski, Joseph | 5/15/00 | 5/15/00 | 5/15/00 |
| Shenfeld, Matthew | 12/31/98 | 8/7/00 | 8/7/00 |
| Stoner, Vincent E. | 8/14/00 | 8/14/00 | 8/14/00 |
| Thomas, Cleavon | 4/30/01 | 4/30/01 | 4/30/01 |
| Cephas, Dwight A. | 5/7/01 | 5/7/01 | 5/7/01 |
| Bristol, Ronald Derrick | 5/23/01 | 5/23/01 | 5/23/01 |
| D'Prospero, Gary | 6/17/96 | 9/17/01 | 9/17/01 |
| Cleary, Jr., James V. | 8/11/95 | 2/11/02 | 2/11/02 |
| Easlick, Chris | 1/14/02 | 1/14/02 | 1/14/02 |
| Lewis, Leroy | 5/6/02 | 5/6/02 | 5/6/02 |
| Robles, Santos | 6/17/02 | 6/17/02 | 6/17/02 |
| Tillman, Marlayna | 7/9/02 | 7/9/02 | 7/9/02 |
| Rich, William | 5/8/01 | 7/29/02 | 7/29/02 |
| Becker, William | 8/5/02 | 8/5/02 | 8/5/02 |
| | 10/31/88 | 8/26/02 | 8/5/02 |