## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire hereby certify that on this date I caused two true and correct copies of the foregoing Memorandum of law and Appendix of Defendant Bottling Group, LLC in support of its Motion for Summary Judgment to be served as follows:

## BY FIRST CLASS MAIL

Marc Gelman
Jennings Sigmond
Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Counsel for Teamsters Local Union 830

J. Stephen Woodside
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401

Dated: December 15, 2006

_____
William M. Kelleher
(3761)