IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN,                            : | |
| : | |
| Plaintiff,             : | |
| : | |
| v.                                                            : | Civil Action No. 04-1314-SLR |
| : | |
| THE PEPSI BOTTLING GROUP, INC.,      : | |
| and TEAMSTERS LOCAL UNION 830,     : | |
| : | |
| Defendants.      : | |

## ORDER

At Wilmington this **27th** day of **December, 2006**,

IT IS ORDERED that the mediation in the above-captioned matter scheduled for **Wednesday, January 3, 2007 is canceled**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



FILED

DEC 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE