IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | C.A. No.: 04-1314(SLR) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE PEPSI BOTTLING GROUP, INC., | : | |
| and TEAMSTERS LOCAL UNION | : | |
| 830, | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

The parties, by and through their undersigned counsel, hereby agree and stipulate that the plaintiff shall have until January 15, 2007 within which to file her response and answering brief in opposition to defendants' motions for summary judgment.

|  |  |
|---|---|
|  | /s/ Barbara H. Stratton |
|  | Barbara H. Stratton |
|  | Knepper & Stratton |
|  | 1228 King Street |
|  | Wilmington, DE 19801 |
|  | (302) 658-1717 |
| Dated:   January 4, 2006 | Attorney for plaintiff, Marlayna G. Tillman |

|  |  |
|---|---|
|  | /s/ William M. Kelleher |
|  | William M. Kelleher |
|  | Ballard Spahr Andrews & Ingersoll, LLP |
|  | 919 Market Street, 12th Floor |
|  | Wilmington, DE 19801-3034 |
|  | (302) 252-4465 |
| Dated:   January 4, 2006 | Attorney for defendant, Pepsi Bottling Group, Inc. |

|  |  |
|---|---|
|  | /s/ Clifford B. Hearn, Jr. |
|  | Clifford B. Hearn, Jr. |
|  | Clifford B. Hearn, Jr., P.A. |
|  | Odessa Professional Park, Suite 240 |
|  | P.O. Box 521 |
|  | Odessa, DE 19730-0521 |
|  | (302) 378-4827 |
| Dated:  January 4, 2006 | Attorney for defendant, Teamsters Local Union 830 |

APPROVED BY THE COURT THIS       DAY OF                   , 2007

_____
United States District Judge