IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | C.A. No.: 04-1314(SLR) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION**

    TAKE NOTICE, that counsel for the plaintiff, Marlayna G. Tillman, will take the oral pre-trial deposition of the following designated witness, at the specified date and time, at the law office of Ballard Spahr, Andrews and Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599, before a Court Reporter, Notary Public or other person authorized to administer oaths under applicable law, in accordance with the Federal Rules of Civil Procedure and the local rules for the District of Delaware, with respect to the subject matter of the above-captioned action:

        James Kelleher        Tuesday, February 27, 2007; 10:00 a.m.

        KNEPPER & STRATTON

        /s/ Barbara H. Stratton
        Barbara H. Stratton, Esq.
        1228 North King Street
        Wilmington, DE 19801
        (302) 658-1717
        Delaware Bar ID#2785
        bhs@knepperstratton.net
        Attorney for Plaintiff

Pro Hac Vice Counsel:

J. Stephen Woodside, Esq.
J. STEPHEN WOODSIDE, P.C.
One Montgomery Plaza
425 Swede Street, Suite 605
Norristown, PA 19401
(610) 278-2442

DATED:   February 22, 2007