## CERTIFICATION OF SERVICE

I, Barbara H. Stratton, hereby certify that on February 23, 2007, I caused a true and correct copy of plaintiff's notices of deposition of Sara Swartz and James Kelleher to be served upon the following, by electronic filing and first class United States Mail, postage prepaid:

> Lucretia Clemons, Esquire
> BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> 51ST Floor
> 1735 Market Street
> Philadelphia, PA 19103
> (Attorney for The Pepsi Bottling Group, Inc.)
>
> Marc L. Gelman, Esquire
> JENNINGS SIGMUND, P.C.
> 510 Walnut Street
> Philadelphia, PA 19106
> (Attorney for Local 830)
>
> William M. Kelleher
> Ballard Spahr Andrews & Ingersoll, LLP
> 919 Market Street, 17th Floor
> Wilmingonton, DE 19801
> (Attorney for The Pepsi Bottling Group, Inc.)
>
> Clifford B. Hearn, Jr.
> Odessa Professional Park, Suite 240
> P.O. Box 521
> Odessa, DE 19730

> KNEPPER & STRATTON
>
> /s/ Barbara H. Stratton
> Barbara H. Stratton, Esq.
> 1228 North King Street
> Wilmington, DE 19801
> (302) 658-1717
> Delaware Bar ID#2785
> bhs@knepperstratton.net
> Attorney for Plaintiff

Pro Hac Vice Counsel:
J. Stephen Woodside, Esq.
J. STEPHEN WOODSIDE, P.C.
One Montgomery Plaza
425 Swede Street, Suite 605
Norristown, PA 19401
(610) 278-2442

Dated:    February 23, 2007