## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : C.A. Number: 04-1314 |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830 | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 28, 2007, I, William M. Kelleher, caused to be served true and correct copies of Defendant Bottling Group, LLC's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories Directed to Defendant, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

## VIA FIRST CLASS MAIL

J. Stephen Woodside, Esquire
J. Stephen Woodside, P.C.
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA  19401

Counsel for Marlayna G. Tillman

Marc Gelman, Esquire
Jennings Sigmond, P.C.
Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106

Counsel for Teamsters Local Union 830

Dated: February 28, 2007

/s/ William M. Kelleher
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant

OF COUNSEL:

Daniel V. Johns
Lucretia C. Clemons
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500