# KNEPPER & STRATTON
*ATTORNEYS AT LAW*
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

March 5, 2007

**By e-filing & Hand Delivery**
The Honorable Sue L. Robinson
Chief Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: Tillman v. Pepsi Bottling Group, et.al
C.A. No. 04-1314 (SLR).

Dear Judge Robinson:

I am writing to withdraw my Motion to Withdraw as Local Counsel in the above-captioned which was filed with the Court on February 26, 2007. This morning I received by Federal Express a check from Lead Counsel on behalf of Plaintiff, Ms. Tillman, paying the past due balance. I have agreed to continue as Local Counsel as long as payment of Invoices are kept current. Should that not occur, I will re-file the Motion.

I apologize for any inconvenience this has caused the Court. Hopefully, I will not need to seek the Court's assistance on this issue again.

Respectfully,

Barbara H. Stratton

BHS/mmi
cc:  Stephen Woodside, Esq.
     Marlayna Tillman
     Lucretia Clemons
     Marc L. Gelman, Esq.
     William M. Kelleher, Esq.
     Clifford B. Hearn, Jr. Esq.