IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN,<br>    Plaintiff<br><br>  v.<br><br>THE PEPSI BOTTLING GROUP, INC., and<br>TEAMSTERS LOCAL UNION 830<br>    Defendants | :<br>:<br>:<br>: C.A. NO. 04-1314 - SLR<br>:<br>:<br>:<br>:<br>: |

## ORDER

  AND NOW, on this ____ day of _____, 2007, upon consideration of Defendant International Brotherhood of Teamsters Local Union 830's Motion for Summary Judgment, and arguments in support and opposition thereto, it is hereby ORDERED and DECREED:

  1.  Defendant's Motion is GRANTED; and

  2.  Judgment is hereby entered in favor of Defendant, International Brotherhood of Teamsters Local Union No. 830, and against Plaintiff, Marlayna Tillman.

                  _____
                  SUE L. ROBINSON, J.