**CERTIFICATE OF SERVICE**

I, Marc L. Gelman, hereby certify that a true and correct copy of Defendant Teamsters Local Union No. 830's Motion for Summary Judgment and Supporting Brief and Appendix of Documents were served on the following via electronic filing and by First Class Mail, postage pre-paid on the date set forth below.

J. Stephen Woodside, Esquire
One Montgomery Plaza, Suite 605
425 Swede Street
Norristown, PA 19401

Lucretia Clemons, Esquire
BALLARD SPAHR
51st Floor
1735 Market Street
Philadelphia, PA 19103

/s/ Marc L. Gelman
MARC L. GELMAN, ESQUIRE

Date: March 22, 2007