## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire, hereby certify that on this date, I caused two copies of the foregoing Motion for Summary Judgment and Sanctions of Defendant Bottling Group, LLC to be served as follows:

## BY FIRST CLASS MAIL

Marc Gelman
Jennings Sigmond
Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Counsel for Teamsters Local Union 830

J. Stephen Woodside
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401

Dated: March 28, 2007

William M. Kelleher
3961