## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN,                       :
                                           :
      Plaintiff,                    :      C.A. Number: 04-1314
                                           :
      v.                            :
                                           :
THE PEPSI BOTTLING GROUP, INC.,            :
and TEAMSTERS LOCAL UNION 830              :
                                           :
      Defendants.                   :

### ORDER

      AND NOW, this ___ day of _____, 2007, upon consideration of the

Motion for Summary Judgment and Sanctions of Defendant Bottling Group, LLC, and Plaintiff's

response in opposition thereto, it is hereby ORDERED that Defendant's motion is GRANTED

and that JUDGMENT IS ENTERED in favor of Defendant Bottling Group, LLC and against

Plaintiff.

                      BY THE COURT:

                           _____
                                    Robinson, J.