7

no. 8654

| Worlkoc Cd | Name | Core/SSN | Job Ttle S | 2001 Rate | Inc. Amt | 2002 Rate | Effective Date |
|---|---|---|---|---|---|---|---|
| WILDE | Blay,Raymond Y. | REDACTED | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Davis,Anthony M. | | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Iovacchini III,Vincent J. | | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Jabkowski,Gregory M. | | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Kern,Clifford Albert | | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Rowe,Adam T. | | Merchandls | $22,000.00 | $0.31/hour inc. | $22,600.00 | 12/31/01 |
| WILDE | Tillman,Marleyna G. | | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |
| WILDE | Vlahos,Nicholas | | Merchandls | $22,000.00 | $0.31/hour Inc. | $22,600.00 | 12/31/01 |

CONFIDENTIAL

PBG 00092

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN,                    :
                                        :
          Plaintiff,                    :          C.A. Number: 04-1314
                                        :
     v.                                 :
                                        :
THE PEPSI BOTTLING GROUP, INC.,         :
and TEAMSTERS LOCAL UNION 830           :
                                        :
          Defendants.                   :

## VERIFICATION OF SARA (SWARTZ) ALTMAN

          I, Sara (Swartz) Altman, pursuant to 28 U.S.C. § 1746, state the following based

upon my personal knowledge:

          1.     I was employed by Defendant Bottling Group, LLC ("PBG") as the
Human Resources Representative (or Coordinator) for PBG from November 7, 2000 until I
resigned on March 3, 2006.

          2.     On or about May 8, 2001, PBG hired Plaintiff, Marlayna Tillman, as a
Merchandiser in its Wilmington, Delaware facility.

          3.     The Merchandiser position is a non-union position. Merchandisers
generally work in bulk, a sub-department of the Sales department, which primarily services large
retail establishments like grocery stores.

          4.     In or around November 2001, Plaintiff was temporarily assigned to
perform merchandising duties in the conventional sub-department of the Sales department to
assist with the Space Race campaign.

          5.     The "Space Race" campaign was an incentive program offered by PBG to
its convenience store customers. Under the program, PBG provided incentives to customers in
exchange for enhanced product placement within their stores. As part of the program, PBG
agreed to reset (clean and reorganize) and merchandise the coolers in customers' stores which
displayed Pepsi-Cola.

          6.     A key position in the Sales department is the Relief Driver position,
commonly called other names including extra man. The Relief Driver position is covered by the
collective bargaining agreement between PBG and Teamsters Local Union 830 ("the Union").
Relief Drivers cover for delivery drivers and are required to single-handedly sell and deliver
product to stores and other retail establishments.

7.     While performing merchandising duties in the conventional sub-department of the Sales department, Plaintiff expressed an interest in learning to drive a tractor trailer truck and obtaining a Class A Commercial Drivers License ("CDL-A license").

8.     Plaintiff took and failed the written test for a CDL-A in or about May 2002.

9.     Over the next few years, PBG offered Plaintiff additional opportunities to train for her CDL. Specifically, PBG offered Plaintiff the use of a PBG truck to train during her non-working hours. Plaintiff was also required to drive trucks in PBG's yard in the course of performing her duties. Additionally, PBG researched local truck driving schools for Plaintiff and agreed to permit her to take a leave of absence to attend one of the schools. Plaintiff declined this offer.

10.     In or around September 2004, Plaintiff obtained a CDL-A license. Shortly thereafter, Plaintiff bid for and was accepted for a driving position at PBG. On September 19, 2004, Plaintiff transferred to the position of Transport Driver.

11.     In or around June 2002, Plaintiff applied for and accepted a position as a Warehouse Person. Plaintiff was not transferred to the warehouse until approximately July 29, 2002. Between Memorial Day and Labor Day, the demand for PBG's products increases dramatically. As a result, Plaintiff's transfer was delayed slightly based on business needs. She was not the only employee so affected. Like Plaintiff, John Osciak (Caucasian Male), was awarded a job bid on May 27, 2002, but was not moved into his new position until August 6, 2002.

12.     Pursuant to the collective bargaining agreement between the Union and PBG, Plaintiff became a dues paying member of the Union when she transferred to the position of Warehouse Person. Also pursuant to the contract, Plaintiff's rate of pay at the time of transfer was $12.68 or 80% of the contract rate of $15.75. Two other employees who transferred to the warehouse at approximately the same time, Stan Coleman (Black male) and Bill Becker (Caucasian male), were paid at the same rate. Nevertheless, based on Plaintiff's request, and because Plaintiff, Mr. Coleman and Mr. Becker were all internal transfers, Phil Weber, plant manager at the time, agreed to retroactively pay all three employees the full union rate as of the date of transfer.

13.     On or about November 6, 2003, Plaintiff injured herself at work. As a result of this injury, Plaintiff was out of work from November 6, 2003 until April 19, 2004.

14.     During this time, in March 2004, Plaintiff applied for and accepted employment with RJM Vending. Plaintiff did not advise PBG that she was working for RJM while still employed by PBG.

15.     On or about June 1, 2004, Plaintiff allegedly reaggravated her injury and was again out of work until June 24, 2004.

16.     Plaintiff began working for Cott Beverage. Plaintiff did not advise PBG that she was working for Cott Beverage while still employed by PBG.

17.     In or about December 2005, PBG discovered Plaintiff was working for yet another company, J.B. Hunt, while still employed by PBG.

18.     By letter dated January 5, 2005, I notified Plaintiff that PBG was terminating her employment retroactive to December 2, 2004.

19.     Plaintiff has alleged that she was verbally reprimanded by Thomas Riley and Glenn Mathews for: "walking the dog"; not being a team player; and leaving work without checking with her supervisor. "Walking the Dog" is the unsafe act of walking in front of motorized equipment (typically a forklift), which violates PBG's safety rules.

20.     Caucasian and/or male employees have been counseled for the same infractions.

21.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of March 2007.

Sara (Swartz) Altman

**9**

## THE PEPSI BOTTLING GROUP

### Open Job Notice

| Internal Posting | External Posting |
|---|---|
| Date of Opening: | For information on our Open House please |
| Date of Internal Posting: | Call our job line at 302.761.8683. |
| End Posting | **No faxes please** |
| Hiring Manager: | Applications will be completed at the Open |
| Job Opening #: | House. |
| Hourly Rate: | **PBG is an equal opportunity employer.** |

## RELIEF DRIVER – SALES

**JOB SUMMARY:**

Act as a fill-in driver covering for the absence of a regularly scheduled driver by: selling, merchandising and servicing customers on an assigned route. Also fulfill miscellaneous duties assigned by manager.

**PRIMARY JOB ACCOUNTABILITIES:**

- Sell and execute all promotions
- Service all scheduled customers by end of shift
- Merchandise all accounts to local standards
- Fill coolers, racks, displays and vendors as necessary
- Keep accurate route book on assigned accounts
- Maintain clean and well organized truck
- Settles up using correct procedures according to policy
- Deliver bulk loads when necessary

**JOB ELIGIBILITY CRITERIA:**

- Must be at least 21 years of age
- Valid CDL "Class A" License
- Valid Driver's License
- No serious motor vehicle violations such as DWI, DUI in the past year
- No more than 1 other motor vehicle violation (e.g., reckless driving, failure to stop at a stop sign) within the past year
- Must pass road test per DOT guidelines
- Able to perform: physical lifting (frequently 40-50 lbs.), push/pull often up to 100 lbs., reaching above shoulder frequently, bending frequently, kneel/squat often

C:\Documents and Settings\clemons\Local Settings\Temporary Internet Files\OLK2A\Relief Driver Sales.doc
March 10, 1999



EXHIBIT
Tillman 20
12/13/03 D.B
PEPSI00-001-6683

**10**

Does not have Class
A CDL

## BID FORM

EMPLOYEE: _Andy Poron_     DATE: _1-9-04_

PRESENT POSITION: _Pro_

BIDDED POSITION: _Transport_

SIGNATURE: _Andy Pool_

SUPERVISOR: _R Brief_

PBG 01070

**11**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

**Delaware Department of Labor**

(State, or local Agency, if any)

ENTER CHARGE NUMBER

☐ FEPA  *0209613*
☐ EEOC  *17CA200627*

and EEOC

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Marlayna Tillman | (302) 762-0415 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| P.O. Box 688   Claymont DE 19703-0688   NCC | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Pepsi Bottling Group | MEMBERS 100+ | (302) 761-4848 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 3511 Governor Printz Boulevard, Wilmington, DE 19809 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE

☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST  10/1/2001
LATEST  8/27/2002
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I am a black female individual who has been employed by Respondent since 5/8/01. Since in or about 10/1/01, and continuing to the present, Respondent has denied me various promotional opportunities, particularly for Driver positions. Instead, I have been assigned to work in various departments, including, currently, the Warehousing Department, where I am subjected to disparate treatment with regard to terms and conditions of employment. My supervisors, Glen Matthew (white male) and Tom Riley (black male) hold me to a higher standard than my white male coworkers with regard to rules and regulations. As recently as 8/27/02 I was falsely accused of leaving my shift without checking with the Supervisor On Duty. Also, I am paid lower wages than my white male counterparts, although I am expected to perform the same work as they are.

I have been told that I could not get a Driver position because I am not in the union.

I believe I have been discriminated against in violated of the Civil Rights Act of 1964, as amended, and the Delaware Discrimination in Employment Act, because: I am the only female working in my classification, and I am paid lower wages than my male counterparts, denied promotional opportunities, and held to a higher standard. I have seen male coworkers who are not in the union, some with less tenure, obtain Driver positions and thereby become union members.

EXHIBIT
*Tillman -1*
*12/13/05 0AB*

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

8/28/02
Date

*Marlayna Tillman*
Charging Party (Signature)

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

NOTARY - (When necessary to meet State and Local Requirements)

Subscribed and sworn to before me this date          (Day, month, and year)

EEOC FORM 5
REV 6/92

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# 12

TO:       MANUFACTURING & WHAREHOUSING EMPLOYEES

FROM:     PHIL WEBER

RE:       LAY-OFFS

DSTAIB Page 1   09/16/02

## THE FOLLOWING EMPLOYEES MAY BE TEMPORAIRLY LAID OFF AT THE END OF THEIR SHIFTS ON ___09/22/2002___ .

BECKER

~~COLEMAN~~

Tillman

R. SANTOS

LEWIS

~~YOUNGBLOOD~~

DAVIS

EASTLOCK

DiPROSPEROS

CEPHAS

THOMAS

STONE

STEWART

WISE

O'HARA

MATHEWS

WESTENBERGER

CORRIGAN

PURDY

PBG 00320

**13**



**PBG**  PERSONNEL ACTION REQUEST  PC-1101B

| EMPLOYEE ID | SSN/SIN | FIRST NAME | MI | LAST NAME |
|---|---|---|---|---|
| 01155481 | 521282725 | Marlayna | G. | Tillman |

### ACTION CODES (Check appropriate action)

EFFECTIVE DATE: ~~10/38/02~~ 10/20/02   TERMINATION DATE:   LAST DATE WORKED:

- [ ] HIRE
- [ ] REHIRE
- [ ] POSITION CHANGE
- [ ] TRANSFER
- [ ] PAY
- [ ] DATA (MISC)
- [ ] LEAVE (PAID)
- [ ] LEAVE (UNPAID)
- [X] RETURN FROM LEAVE
- [ ] TERMINATION
- [ ] RETIREMENT

REASON: RFL / PDL     POSITION #:

### FILL IN APPROPRIATE ACTION INFORMATION

| COMPANY | BUSINESS UNIT | DEPARTMENT | LOCATION (Work) |
|---|---|---|---|
|  |  |  |  |

| JOB TITLE | JOB CODE | REG/TEMP |
|---|---|---|
|  |  | [ ] REGULAR  [ ] TEMPORARY |

FULL/PART: [ ] FULL-TIME  [ ] PART-TIME
EMPLOYEE CLASS: [ ] INTERN  [ ] SEASONAL
SHIFT: [ ] DAY (1)  [ ] EVENING (2)  [ ] NIGHT (3)

STANDARD HOURS:
CONTRACT TYPE: [ ] SEVERANCE ST OR STL  [ ] RELOCATION  [ ] SIGN ON $  [ ] GRANDFATHERED

UNION LOCAL:
SERVICE DATE (Vesting):

PAYGROUP:
EMPLOYEE TYPE: [ ] EXCEPTION HOURLY  [ ] HOURLY  [ ] SALARIED
GL PAY TYPE (COST CENTER/FRANCHISE):
ACCOUNT CODE (LABOR):

GRADE (BAND/LEVEL):
PERFORMANCE RATING: [ ] ABOVE TARGET  [ ] ON TARGET  [ ] BELOW TARGET

COMPENSATION FREQUENCY: [ ] ANNUAL  [ ] HOURLY  [ ] WEEKLY
COMPENSATION RATE: $
INCR. AMOUNT/PERCENT:

DOT/CDL DRIVERS LICENSE DATA
- [ ] A CDL: >26K CLASS A/TRAILER >10K
- [ ] B CDL: >26K CLASS B/TRAILER <10K
- [ ] TCDL: CDL TRAINEE/LEARNER'S PERMIT
- [ ] D10K: 10K - 26K
CDL ENDORSEMENTS (IF APPL): [ ] H: HAZMAT  [ ] N: TANKER  [ ] X: BOTH H & R  [ ] T: DOUBLE/TRAILER

OTHER DRIVERS LICENSE DATA
- [ ] NON: NON COMMERCIAL LICENSE
- [ ] INSU: PERSONAL INSURANCE REQUIRED FOR JOB

| COMMENTS | REC'D | 10-24-02 |
|---|---|---|
| Return from layoff | ADP | 10-24 |
|  | EDMS | 10-24 |
|  | EIC | 0 |

PBG 00052

### APPROVALS

| SUPERVISOR SIGNATURE | DATE | APPROVING MGR. SIGNATURE | DATE | HRM/HRD SIGNATURE | DATE |
|---|---|---|---|---|---|
| JS Clayton | 10-7-02 |  |  | Tracey Drzewicki | 10/18/02 |

# 14



## TEAMSTERS LOCAL UNION NO. 830
12298 TOWNSEND ROAD   PHILADELPHIA, PA 19154
(215) 671-9850
(800) 321-9850

№   0663

### GRIEVANCE REPORT

Doug Mead l/s IBO

Filed By: _Marlayne Tillman_ Company: _Pepsi-Cola_ Dept.: _Production_

Shop Steward: _Cory Diprospero_ Date Filed: _11-25-02_

Nature of Grievance: _Laid off out of Seniority_

Remedy Requested; Including, but not limited to: _layoff and recall by Seniority_
_full back pay and benefits_

Signature of Grievant: _Doug IBO Marlayne Tillman_

### EMPLOYER REPORT

Date: _____   Supervisor Name: _____

Remarks: _____

Signature of Supervisor: _____

### SHOP STEWARD REPORT

Date Grievance Filed with Company: _____   with Supervisor: _____

Disposition
☐ Remedy Granted          ☐ Resolved          ☐ No Merit
☐ Denied                  ☐ Withdrawn         ☐ Referred to Union
                                                  Date:

Remarks: _____

Signature of Shop Steward: _____

### BUSINESS AGENT REPORT

Company Representative handling grievance: _Tracey_  /Phil Weber

Disposition:
☐ Remedy granted          ☐ Grievance withdrawn      ☐ Grievance denied
☒ Grievance Resolved.     ☐ No merit

Remarks: _____                              PBG 00316

Final Disposition: _Will be made whole and paid 4 weeks_
_plus 3 days pay_

Business Agent Signature: _Doug M_

NOTE: THIS GRIEVANCE RELATES TO THE INDIVIDUAL IDENTIFIED ABOVE AND ALL SIMILARLY – SITUATED
BARGAINING UNIT MEMBERS.

( WHITE COPY: COMPANY    YELLOW COPY: MEMBER    PINK COPY: STEWARD    GOLD COPY: UNION )



**15**

## GRIEVANCE RELEASE

I _MARILYNA TILLMAN_ that before signing the Grievance Settlement
Agreement dated _____
I have had an adequate opportunity to review with the person
of my choosing, and further agree that I fully understand the
terms and conditions of the Grievance Settlement Agreement.
I further acknowledge that I have not be coerced into signing
the agreement and I have signed it knowingly and voluntarily.

I further acknowledge that Teamsters Local 830 representatives
have explained and detailed my rights and options and I fully
understand those rights and options.

I further acknowledge that Teamsters Local 830 has fully and
fairly represented me in all matters pertaining to and relating
to this grievance and my employment with_ P. B G _.
• grievance #s 665, 489, 662, 662-2, 663.

_Marilyna Tillman (all rights reserved)_

Witness

Date: _1/21/03_

PBG 00314

# 16

A REGIONAL DEFENSE LITIGATION LAW FIRM

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Orlando
Tampa

Direct Dial: (302)552-4323
Email: econde@mdwcg.com

June 14, 2004



## BY CERTIFIED MAIL

Erik C. Grandell, Esquire
1020 W. 18th Street
Suite 2
P.O. Box 2207
Wilmington, DE  19802

Re:    Marlayna Tillman v. Pepsi Bottling Group
       Our File No.: 06175-00465
       IAB Hearing No.: 1242671
       DOL: 11/06/03

Dear Mr. Grandell:

Enclosed please find  Sedgwick CMS check number 0005552016 in the amount of $4,934.99 payable to Marlayna Tillman. This check compensates your client for 11/06/03 through 4/18/04.  Acceptance of this check represents acknowledgement of payment in full pursuant to the settlement in this case.  Also enclosed is check number 0005552020 in the amount of $3,790.29 for attorney fees.

Please direct your client to execute and return the enclosed Agreements and Receipts for Temporary Total Disability. Upon receipt of the executed documents we will file them with the Board.  If you have any questions please do not hesitate to call.  Thank you.

Very truly yours,

Erika Conde
Paralegal

/ec

Enclosures

cc:    Christine Miller, Sedgwick Ins.
       Claim No. A364618584



EXHIBIT
Tillman-10
12/13/50 Am



RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

# 17

CASE FILE NO.1242671
CARRIER FILE NO. A364618584

STATE OF DELAWARE
OFFICE OF WORKERS' COMPENSATION
AGREEMENT AS TO COMPENSATION

Employee MARLAYNA TILLMAN
Address P.O. BOX 688
CLAYMONT, DE 19802

Employer PEPSI BOTTLING GROUP
Address 3501 GOVERNOR PRINTZ
BELLEFONTE, DE 19809

Insurance Carrier/Self-insurer SEDGWICK CMS
Address US STEEL TOWER
600 GRANT STREET, SUITE# 2944
PITTSBURG, PA 15219

Third party Adjuster
Address

The above have reached an agreement in regard to compensation for the injury sustained by said employee and submit the following statement of facts relative thereto:

Date of Injury _____11/06/03_____ Date Disability Began_11/06/03_____
Cause/Place of Accident SEE FIRST REPORT OF INJURY
Nature/Part of Body __RIGHT KNEE & CALF
Probable Length of Disability (if known) _____11/06/03- 4/18/04_____

The terms of this agreement under the above facts are as follows:
This agreement is for (check all that apply) _X_ Total Disability ___ Temporary Partial Disability
___ Permanent Partial Disability __ Disfigurement __ Commutation __ Medical Only
__ Salary In Lieu of Workers' Compensation
*** LESS A CREDIT OF $7,700.00 FOR SHORT TERM DISABILITY RECEIVED***

That the said _MARLAYNA TILLMAN_ shall receive compensation at the rate of _$440.00_ per week based upon an average weekly wage of _$660.00_ and that said compensation shall be payable ___ weekly ___ bi-weekly X LUMP SUM_ monthly other (specify) from and including the 6th of NOVEMBER 2003 until APRIL 18, 2004.

BENEFITS FOR TOTAL/PARTIAL DISABILITY, (LOST WAGES) SHALL REQUIRE YOU TO ADVISE THE NAMED CARRIER/SELF-INSURED/THIRD PARTY ADJUSTER OF ANY CHANGE IN EMPLOYMENT STATUS AND/OR DISABILITY. FAILURE TO NOTIFY A CHANGE OF STATUS IS PUNISHABLE PURSUANT TO TITLE 18, DELAWARE CODE, CHAPTER 24, AND/OR TITLE 11 DELAWARE CODE, SECTION 913.

Witness _____
(signature)
Address: _____

Employee _____
(signature)

Adjuster/Attorney _____
(signature)

Phone Number _____
Date of Agreement _____

For Accounting Use Only:
Approved by: _____
Date of Approval: _____

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

Sedgwick Claims Management Services, Inc
600 GRANT STREET
USX TOWER, STE 2944
PITTSBURGH, PA  15219-2703

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 06/11/2004 | 4,934.29 | 0005552016 |

| PAYEE | TAX ID |
|-------|--------|
| MARLAYNA TILLMAN | |

| SCMS UNIT | PAGE |
|-----------|------|
| 646 Sedgwick Claims Management Services | 001 |

*000016  0005552016  001 OF 001  0PM  040610 1426

Marshall, Dennehey, Warner, Coleman & Go
Attn: Christine O'Connor
1220 N. Market St. 5th fl PO Box 8888
Wilmington, DE   19899-8888

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

TILLMAN, MARLAYNA G.                              11/06/2003  A364618584-0001-01
  Amt Paid:      4934.29          Description: Lump Sum-Temporary Disability
     Dates: 11/06/2003 - 04/18/2004    Comment: Disability bfts owed

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE



E1991.FRM (02-28-

Sedgwick Claims Management Services, Inc
on behalf of: Pepsi Bottling Group

PAY ONLY

PAY   *FOUR THOUSAND NINE HUNDRED THIRTY FOUR*
      *AND 29/100 DOLLARS*                                          $4934.29

TO
THE
ORDER
OF
MARLAYNA TILLMAN

First Union Bank of Delaware
Wilmington, DE                VOID AFTER 60 DAYS

⑈0005552016⑈ ⑆031100225⑆ 20799500597031⑈

Sedgwick Claims Management Services, Inc
600 GRANT STREET
USX TOWER, STE 2944
PITTSBURGH, PA   15219-2703

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 06/11/2004 | 3,790.29 | 0005552020 |

| PAYEE | TAX ID |
|-------|--------|
| BEVERLY L BOVE | 510370163 |

| SCMS UNIT | PAGE |
|-----------|------|
| 646 Sedgwick Claims Management Services | 001 |

*000018  0005552020  001 OF 001  OPM  040610 1426

Marshall, Denneney, Warner, Coleman & Go
1220 N. Market St., 5th fl. PO Box 8888
Wilmington, DE   19899-8888

| Claimant Name | Loss Date | Claim Number | SSN |
|---------------|-----------|--------------|-----|

TILLMAN, MARLAYNA G.                              11/06/2003  A364618584-0001-01
    Amt Paid:        3790.29        Description: Claimant Legal Expense (Indemnity)
    Amt Billed:      3790.29        Invoice:              ICN: A364618584000101
       Dates: 11/06/2003 - 04/18/2004    Comment: Atty fee's for Malayna Tillman

RECEIVED
JUN. 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE



ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER – DO NOT CASH IF THE WORD VOID IS VISIBLE

E1991.FRM (02-28

Sedgwick Claims Management Services, Inc.   ORIGINAL   DATE   CHECK NO.   62-22
on behalf of Pepsi Bottling Group                    06/11/2004   0005552020   311

PAY ONLY   3790   29

*000018  0005552020  001 OF 001  OPM  040610 1426

PAY   *THREE THOUSAND SEVEN HUNDRED NINETY*
      *AND 29/100 DOLLARS*                                      $3790.29

TO          BEVERLY L BOVE
THE
ORDER
OF
First Union Bank of Delaware
Wilmington, DE                    VOID AFTER 60 DAYS

DOCUMENT CONTAINS A TRUE WATERMARK – DO NOT CASH IF THE WATERMARK IS NOT VISIBLE. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

⑆000555202⑆   ⑈031100225⑈ 20 7995005 9703⑈

CASE FILE NO.1242671
CARRIER FILE NO. A364618584

## STATE OF DELAWARE

## OFFICE OF WORKERS' COMPENSATION

## RECEIPT FOR COMPENSATION PAID

DATE:  June 14, 2004

Received of  SEDGWICK CMS  the sum of $12,634.29*, making in all the total sum of $12,634.29

in settlement of compensation due for the TEMPORARY TOTAL *  disability of  MARLAYNA TILLMAN

which began on 11/06/03 , and terminated on 4/18/04 .

*28.71 weeks of benefits at a
compensation rate of $ 440.00
*** LESS A CREDIT OF $7,700.00 FOR SHORT TERM
DISABILITY RECEIVED***
** RIGHT KNEE & CALF

_____
Employee Signature

_____
Address:

Your signature on this receipt will terminate your rights to receive the workers' compensation benefits
specified above on the date indicated.  This form is not a release of the employer's or of the insurance carrier's
workers' compensation liability.  It is merely a receipt of compensation paid.  The claimant has the right
within five years after the date of the last payment to petition the Office of Workers' Compensation for
additional benefits.

RECEIVED
JUN 1 6 2004
SEDGWICK CMS
PITTSBURGH OFFICE

# MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

20 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

**Direct Dial: 302-552-4321**
**Email: coconnor@mdwcg.com**

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
Newtown Square
Norristown
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Orlando
Tampa



May 21, 2004

**VIA FACSIMILE & U.S. MAIL**
Erik C. Grandell, Esquire
1020 W. 18th Street
Suite 2
P.O. Box 2207
Wilmington, DE. 19802

> Re:   Marlayna Tillman v. Pepsi Bottling Group
>       Our File No.: 06175-00465
>       IAB Hearing No.: 1242671
>       DOL: 11/06/03

Dear Erik:

Please accept this letter as an outline of our settlement terms related to the above-referenced matter. My client has agreed to recognize Ms. Tillman's right calf and right knee injuries that were sustained at Pepsi on November 6, 2003. We also have agreed to pay temporary total disability benefits from November 6, 2003 through April 18, 2003. This translates into 28.71 weeks of benefits at the rate of $440.00 for a total of $12,634.29. You and I have agreed to address any average weekly wage calculation issue at a legal hearing in the future, if necessary. If it is found that Ms. Tillman requires an adjustment to her average weekly wage compensation rate, we will pay additional temporary total disability benefits accordingly.

You and I also discussed the fact that Ms. Tillman received short term disability benefits from November 12, 2003 through April 13, 2003. She was paid $350.00 per week for a total of $7,700.00. My client has asserted its right to take a credit against temporary total disability benefits that are due. You and I have agreed to investigate whether the claimant paid into her disability insurance premium and this will determine whether or not she is owed the $7,700.00 directly. For now, I will request a temporary total disability check in the amount of $4,934.29.

Finally, my client has agreed to pay expert witness fees in this case and I will need an invoice for Dr. Bandera's deposition from you at your earliest convenience. I will also be requesting a check in the amount of $3,790.29 for the 30% attorney's fee payment.



EXHIBIT
Tillman-11
12/12/05 PAP

RECEIVED
JUN 0 1 2004
SEDGWICK CMS
PITTSBURGH OFFICE

# 18

# APPLICATION FOR EMPLOYMENT

EQUAL OPPORTUNITY EMPLOYER
EMPLOYMENT QUESTIONNAIRE

RECEIVED Sep 20 2004

## PERSONAL INFORMATION

DATE: 3/16/04

| NAME (LAST NAME FIRST) | | |
|---|---|---|
| TILLMAN | MARLAYNA | SOCIAL SECURITY NO. — — |

| PRESENT ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7 Colony Blvd #111 | Wilmington | DE | 19802 |

| PERMANENT ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| PO BOX 688 | Claymont | DE | 19703 |

PHONE NO. ( 302 ) 762-0415    REFERRED BY

## EMPLOYMENT DESIRED

| POSITION | DATE YOU CAN START | SALARY DESIRED |
|---|---|---|
| driver / sales | Immediately | Negotiable |

ARE YOU EMPLOYED? ☑ YES ☐ NO
IF SO, MAY WE INQUIRE OF YOUR PRESENT EMPLOYER? ☐ YES ☑ NO

EVER APPLIED TO THIS COMPANY BEFORE? ☐ YES ☑ NO   WHERE? N/A   WHEN? N/A

## EDUCATION HISTORY

| | NAME & LOCATION OF SCHOOL | YEARS ATTENDED | DID YOU GRADUATE? | SUBJECTS STUDIED |
|---|---|---|---|---|
| GRAMMAR SCHOOL | | | | |
| HIGH SCHOOL | Manual High School Denver, Co 80205 | 4 | Yes | general studies |
| COLLEGE | Bryn Mawr College Bryn Mawr, PA 19010 | 1 | No | English Lit. |
| TRADE, BUSINESS OR CORRESPONDENCE SCHOOL | N/A | | | |

## GENERAL INFORMATION

* Already experienced in all phases of Vending and routes sales —

SUBJECTS OF SPECIAL STUDY/RESEARCH WORK OR SPECIAL TRAINING/SKILLS

* Forklift certified — Can operate manual/standard trans. vehicles
* Electric / Manual Pallet Jack Certified —
* CDL permit / Jockey truck certified —

U.S. MILITARY OR NAVAL SERVICE: N/A   RANK: N/A   300 4 1/6

## FORMER EMPLOYERS (LIST BELOW LAST FOUR EMPLOYERS, STARTING WITH LAST ONE FIRST)

| DATE MONTH AND YEAR | NAME & ADDRESS OF EMPLOYER | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM 5 2001 TO Present | Pepsi Bottling Group Wilm DE 19809 | $16.15 hrly. | warehouse worker | possible layoffs forthcoming |
| FROM 1 1999 TO 4 2001 | Priority Express Courier | $13.00 hr | delivery driver | left for Pepsi |
| FROM 10 1998 TO 3 1999 | Comcast Cablevision New Castle DE | $13.00 hr | dispatcher | layoff/takeover - buyout |
| FROM TO | | | | |

11/09/2004   1:21PM


EXHIBIT
Tillman-8
12/13/05 D4B
PENGAD 800-631-6989

REFERENCES    GIVE BELOW THE NAMES OF THREE PERSONS NOT RELATED TO YOU, WHOM YOU HAVE KNOWN AT LEAST ONE YEAR.

| NAME | ADDRESS | BUSINESS | YEARS KNOWN |
|---|---|---|---|
| Ron Flowers | (302) 888-1228 | Pepsi Bottling Group | 3 |
| Mac Tinsley | (215) 235-4268 | Wake Up Coalition | 10 |
| Nate Coleman Jr. | (215) 888-0831 | Univ. of Pennsylvania | 8 |

## AUTHORIZATION

"I certify that the facts contained in this application are true and complete to the best of my knowledge and understand that, if employed, falsified statements on this application shall be grounds for dismissal.

I authorize investigation of all statements contained herein and the references and employers listed above to give you any and all information concerning my previous employment and any pertinent information they may have, personal or otherwise, and release the company from all liability for any damage that may result from utilization of such information.

I also understand and agree that no representative of the company has any authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the foregoing, unless it is in writing and signed by an authorized company representative.

This waiver does not permit the release or use of disability-related or medical information in a manner prohibited by the Americans with Disabilities Act (ADA) and other relevant federal and state laws."

DATE   3/16/04          SIGNATURE   Marlayna Tillman

INTERVIEWED BY _____    DATE _____

————————————— DO NOT WRITE BELOW THIS LINE —————————————

REMARKS

| NEATNESS | | CHARACTER | |
|---|---|---|---|
| PERSONALITY | | ABILITY | |

| HIRED | FOR DEPT. | POSITION | WILL REPORT | SALARY WAGES |
|---|---|---|---|---|

APPROVED: 1. _____    2. _____    3. _____
           EMPLOYMENT MANAGER        DEPARTMENT HEAD           GENERAL MANAGER

This application for employment is sold only for general use throughout the United States. Adams assumes no responsibility and hereby disclaims any liability for the inclusion in the

11/09/2004   1:21PM

# Form W-4 (2004)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2004 expires February 18, 2005. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** You cannot claim exemption from withholding if: (a) your income exceeds $800 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 1233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2004. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

### Personal Allowances Worksheet (Keep for your records.)

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . **A** ⊥1

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. . . **B** ⊥1

C  Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . **C** ____

D  Enter "1" for each dependent (other than your spouse or yourself) you will claim on your tax return . . . . . **D** 2

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . **E** ⊥1

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . **F** ⊥1
(Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  Child Tax Credit (including additional child tax credit):
- If your total income will be less than $52,000 ($77,000 if married), enter "2" for each eligible child.
- If your total income will be between $52,000 and $84,000 ($77,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children. . . . . . . . . . **G** ⊥1

H  Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. ▶ **H** 7

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---------------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ----------------

## Form W-4
**Employee's Withholding Allowance Certificate**

Department of the Treasury
Internal Revenue Service

▶ Your employer must keep a copy of this form to the IRS if: (a) you claim more than 10 allowances or (b) you claim "Exempt" and your wages are normally more than $200 per week.

OMB No. 1515-0010

**2004**

| 1 Type or print your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| MARLAYNA  G. | TILLMAN | 521 2B 2725 |

| Home address (number and street or rural route) | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|
| PO BOX 688 | Note: If married, but legally separated or spouse is a nonresident alien, check the "Single" box. |

| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐ |
|---|---|
| CLAYMONT  DE  19703 | |

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) . . . . **5** 7

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . **6** $ -0-

7  I claim exemption from withholding for 2004, and I certify that I meet both of the following conditions for exemption:
- Last year I had a right to a refund of all Federal income tax withheld because I had no tax liability and
- This year I expect a refund of all Federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it.) ▶ *Marlayna Tillman*    Date ▶

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|
| | | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form W-4 (2004)

11/09/2004   1:21PM

11/09/2004  1:21PM



R.J.M. VENDING COMPANY

MARLAYNA G. TILLMAN

Employee ID: TILLMAN
Social Sec # 521282725

|  | This Check | Year to Date |
|---|---|---|
| Gross | 300.04 | 300.04 |
| Soc Sec | -11.16 | -11.16 |
| Medicare | -2.61 | -2.61 |

| | Total |
|---|---|
| Salary | 300.00 |
| Commiss | 0.04 |

Total      Pay Period Ending: Mar 26, 2004

300.04      5064

Net Check:    286.27
Check Date:   3/26/4

USE WITH 9206 ENVELOPE

**19**

Claim Notes                                                                 Page 1 of 21



| Created | By | For | Type | Text |
|---|---|---|---|---|
| | | | | Sent email to karen davis, russ hall and lori rene |
| 06/04/2004 | cmiller | cmiller | EX | Karen,<br>I have spoken to defense counsel Christine O'C "aggravation of prior injury" per employee that to 06/1/04. Defense counsel and I agree that surve necessary on this employee. Pls provide author need a physical description as well in order to a as possible. Denial has been issued on the 6/1/ but we are both confident this will go to a Hearin like as much ammunition as possible.<br><br>Christine A. Miller<br>Claims Examiner III<br>PH# 412-586-3136<br>FAX# 412-586-3150<br><br>Board Rule 4 Notice sent to IW:<br><br>June 3, 2004<br><br>Marlayna Tilman<br>P.O. Box 688<br>Claymont, DE 19703 |
| 06/03/2004 | cmiller | cmiller | EX | RE: Employee: Marlayna Tillman<br>Employer: PEPSI BOTTLING GROUP, INC<br>Date of Injury: 11.06.03<br>Claim Number: A364618584<br><br>BOARD RULE 4 NOTICE<br><br>Dear Ms. Tillman:<br><br>Sedgwick Claims Management Services admini Compensation claims on behalf of The Pepsi Bo<br><br>We are denying the period of disability as of Jun recurrence of the November 6, 2004 incident as Delaware Law requires that you be notified that |

https://viaone.sedgwickcms.net/scripts/cgiip.exe/WService=wsjurisweb/notes-cgi?Context-ID=zo 6/9/04

PBG 01323

06/09/04   WED 14:55 FAX 5409665242          PEPSI BOTTLING GRP                      ☒006
Claim Notes                                                          Page 2 of 21

limitations for workers' compensation claims is t
your claim has been accepted as compensable
made to you or on your behalf, the statue of limi
years from the date of last payment.

If you have any questions, I can reached at 1-88
3136.

Sincerely,
Sedgwick Claims Management Services, Inc.

Christine Miller
Claims Exam III

cc: Dept. of Labor
Pepsi Bottling Group
Beverly Bove

| | | | |
|---|---|---|---|
| | 06/03/2004 cmiller | cmiller LG | Christine O'Connor in depositions, spoke with p Casey reg new circumstances with employee re claim for re-aggravation of prior injury from 11/0 Two separate issues exist, we still need to issue the closed period that we agreed to accept. As o recurrence on 06/1/04 we will be issuing a Rule as being related. We have a DME indicating she returning to position back in Feb 2004. No add'l necessary. We do not want to voluntarily accept aggravation. IW has worked full duty since 4/19 since it is Pepsi's policy not to accomodate restr denied claims he would suggest Pepsi not offer work to IW. Left messsage for Tabetha to pls contact me as |
| | 06/03/2004 cmiller | cmiller CN | Called Tabatha, employee called Jobhurt 6/1/04 has aggravated the same injury from 11/6/03. A employee is upset since she posted for a line dr employee with more seniority bumped her from t remains in the filler room. She stands on her fee majority of her shift. She realized in the morning was bumped from the position she wanted and she rpt'd this incident. Has returned to Banderas has placed her on TD which was effective 6/2/0 L/M for Christine O'Connor D/C since this was a should Pepsi allow her to work TD. Since DME 4/8/04 indicating she was capable of full duty wh our position in this matter? Email rec'd from Tabath/safety manager at facil |
| | 06/03/2004 cmiller | cmiller C1 | Marylana is stating that she re-aggravated her in tendon in her calf. Was this claim accepted or d previously. I know it was talked about but I don't results. If that one was denied, wouldn't this one I know she had surgery to correct the injury, is it to reaggravate it? Let me know Thanks Tabatha |

PBG 01324

**20**

Cott HR
HUMAN RESOURCES

## Payroll Change Notice

| Effective Date: | 06/07/04 | ☒ New Hire | ☐ Termination | ☐ Status Change | ☐ Transfer |
|---|---|---|---|---|---|
| | Month/Date/Year | | | | |

| ☐ Compensation | ☐ Job Change | ☐ Bonus | ☐ Disability | | ☐ Address Change |
|---|---|---|---|---|---|
| | ☐ Shift Change | | ☐ Leave of Absence | | ☐ Other |

### General Information

| | | | | | |
|---|---|---|---|---|---|
| Employee # | 451 | | | | |
| Employee Name: | Tillman, Marlayna | SSN: | 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 | | |
| Department: | Shipping | Location: | Concordville | Cost Center: | |
| Title: | Forklift Operator | Reports to: | Dave Rawding | | Supr |
| | | | Name | | Title |

| Status: | ☒ Hourly | ☐ Exempt | ☒ Non-Exempt |
|---|---|---|---|
| | ☐ Regular Full Time | | |
| | ☐ Regular Part Time | Marital Status: | ☐ Married | ☒ Single |
| Date of Birth: | 09/06/63 | Gender: | ☒ Female | ☐ Male |
| | Month/Date/Year | | | |

| Address: | P.O. Box 688 | | Claymont |
|---|---|---|---|
| | Street Address | Apt/Unit | City |
| | DE | 19703 | | 302-762-0415 |
| | State | Zip Code | Country | Phone |

### For US Only

| ☐ White | ☒ Black | ☐ Hispanic | ☐ Asian | ☐ American Indian | ☐ Veteran |
|---|---|---|---|---|---|

### Complete for Compensation & Benefits

| Current Salary: | $ 12.93 | Change in %: | % | Bonus %: | |
|---|---|---|---|---|---|
| New Salary: | $ | Change in $: | $ | Shift: | |
| Rate 2 | $ | Rate 3 | $ | Pay Grade: | |
| Annual Vacation Entitlement: | | | Other: | | |

### Complete for Termination, Disability, Leave of Absence or Transfer

| ☐ Termination | ☐ Disability | ☐ Leave of Absence | ☐ Transfer | Reason: |
|---|---|---|---|---|
| Vacation Taken: | | Vacation Owed: | | |

Other (Give Details):

### Additional Comments

### Approvals

| | | | |
|---|---|---|---|
| Site Hiring Manager | | Title: | Date: |
| Site or Plant Manager | _(signature)_ | Title: | Date: 6-14-04 |
| Vice President | | Title: | Date: |
| Site HR Manager | _Betsy Paris_ | Title: HRMGR | Date: 6-8-04 |
| Divisional HR Director | | Title: | Date: |

(All termination PCN's must be faxed to Columbus within 24 hours of termination date)

Rev 3/03 r1

PBG 01131

**21**

# Cott Beverages USA
## APPLICATION FOR EMPLOYMENT

*Cott*
COTT BEVERAGES USA
A Division of Cott Beverages, Inc.

404

DATE 5/1/04

Cott Beverages USA is an Equal Opportunity Employer and does not discriminate against any individual in any phase of employment in accordance with the requirements of various federal, state, and local laws which prohibit discrimination based on race, color, sex, religion, national origin, ancestry, age (as prescribed by law), disability or marital status.

For Proper Consideration, Answer Completely and Accurately. DO NOT REFERENCE RESUME.
(PLEASE PRINT OR TYPE)

## PERSONAL INFORMATION

| NAME (LAST) | (FIRST) | (MIDDLE) | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Tillman | Marlayna | G. | 521282725 |

HOME ADDRESS: Po Box 688

AREA CODE/TELEPHONE NUMBER: (302) 762-0415

| CITY | STATE | ZIP CODE |
|---|---|---|
| Claymont, | DE | 19703 |

| POSITION DESIRED | 1ST CHOICE | 2ND CHOICE | DATE AVAILABLE |
|---|---|---|---|
| Delivery Driver/Yard Jockey | Warehouse Worker | | 5/20/04 |

## EDUCATION

| EDUCATION | NAME OF SCHOOL, CITY, AND STATE | DATES ATTENDED FROM | DATES ATTENDED TO | DID YOU GRADUATE? | COURSE OF STUDY | GRADE POINT AVERAGE |
|---|---|---|---|---|---|---|
| HIGH SCHOOL | Manual High School, Denver, Co 80205 | | | Yes | General | 3.0 |
| COLLEGE OR UNIVERSITY | Bryn Mawr College, Bryn Mawr, PA 19010 | | | No | Major English, Minor Music | 1. 2.8 2. 3.0 |
| MILITARY OR SPECIAL SCHOOLS | N/A | | | | | |
| OTHER SCHOOLS | N/A | | | | | |

**EXHIBIT**
Tillman-9
12/13/05 DAP

IF ADDITIONAL INFORMATION, PLEASE ATTACH AND INITIAL.

## PERSONAL REFERENCES

| NAME | ADDRESS | PHONE | POSITION | YEARS KNOWN |
|---|---|---|---|---|
| Howard Flowers | 1039 N. Pine St. #3 Wilm. DE 19802 | (302) 888-1228 | Warehouse Worker | 3 yrs |
| Hrema Ernest | Coventry Lane Apts. Glen Mills, PA | (610) 410 8146 | Secretary | 3 yrs. |
| Evelyn Tinsley | 2017 S 71st St Phila PA 19142 | (215) 729 2927 | Homemaker | 15 yrs. |

**22**

Cott HR
HUMAN RESOURCES

## Payroll Change Notice

| Effective Date: | 06/10/04 | | ☐ New Hire | ☒ Termination | ☐ Status Change | ☐ Transfer |
|---|---|---|---|---|---|---|
| | Month/Date/Year | | | | | |

| ☐ Compensation | ☐ Job Change ☐ Shift Change | ☐ Bonus | ☐ Disability ☐ Leave of Absence | ☐ Address Change ☐ Other |
|---|---|---|---|---|

### General Information

Employee # **451**

Employee Name: **Tillman, Mariayna**    SSN: **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**

Department: **Shipping**    Location: **Concordville**    Cost Center: _____

Title: **Forklift Operator**    Reports to: **W Swindell**
                        Name            Title

Status:
☒ Hourly
☐ Regular Full Time
☐ Regular Part Time

☐ Exempt          ☒ Non-Exempt

Marital Status:    ☐ Married    ☐ Single

Date of Birth: **06/06/06**    Gender:
        Month/Date/Year
                ☐ Female    ☐ Male

Address:
Street Address                Apt/Unit        City

State            Zip Code        Country        Phone

### For US Only

☐ White    ☐ Black    ☐ Hispanic    ☐ Asian    ☐ American Indian  ☐ Veteran

### Complete for Compensation & Benefits

| Current Salary: | $ _____ | Change in % | ___ % | Bonus % | _____ |
| New Salary: | $ _____ | Change in $ | $ _____ | Shift | _____ |
| Rate 2 | $ _____ | Rate 3  $ _____ | | Pay Grade: | _____ |
| Annual Vacation Entitlement: | _____ | | Other: | _____ |

### Complete for Termination, Disability, Leave of Absence or Transfer

☒ Termination    ☐ Disability    ☐ Leave of Absence  ☐ Transfer    Reason: _____

Vacation Taken: _____    Vacation Owed: _____

Other (Give Details): _____

### Additional Comments

### Approvals

| Site Hiring Manager | _____ | Title: _____ | Date: _____ |
| Site or Plant Manager | _____ | Title: _____ | Date: _____ |
| Vice President | _____ | Title: _____ | Date: _____ |
| Site HR Manager | *Pattal Feird* | Title: *HR Mgr* | Date: *7-16-04* |
| Divisional HR Director | _____ | Title: _____ | Date: _____ |

(All termination PCN's must be faxed to Columbus within 24 hours of termination date)

Rev 3/03 r1

PBG 01132

**23**

PBG 01564

