IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | C.A. No.: 04-1314(SLR) |
| Plaintiff, | |
| v. | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | |
| Defendants. | |

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

The parties, by and through their undersigned counsel, hereby agree and stipulate that the plaintiff shall have until **April 23, 2007** within which to file her response and answering brief in opposition to defendants' motions for summary judgment.

/s/ Barbara H. Stratton
Barbara H. Stratton
Knepper & Stratton
1228 King Street
Wilmington, DE 19801
(302) 658-1717

Dated: April 17, 2007    Attorney for plaintiff, Marlayna G. Tillman

/s/ William M. Kelleher
William M. Kelleher
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
(302) 252-4465

Dated: April 17, 2007    Attorney for defendant, Pepsi Bottling Group, Inc.

|  |  |
|---|---|
|  | /s/ Clifford B. Hearn, Jr. |
|  | Clifford B. Hearn, Jr. |
|  | Clifford B. Hearn, Jr., P.A. |
|  | Odessa Professional Park, Suite 240 |
|  | P.O. Box 521 |
|  | Odessa, DE 19730-0521 |
|  | (302) 378-4827 |
| Dated:  April 17, 2007 | Attorney for defendant, Teamsters Local Union 830 |

APPROVED BY THE COURT THIS ____ DAY OF _____, 2007

_____
United States District Judge