**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MARLAYNA G. TILLMAN, :
:
Plaintiff, : C.A. Number: 04-1314
:
v. :
:
THE PEPSI BOTTLING GROUP, INC., :
and TEAMSTERS LOCAL UNION 830 :
:
Defendants. :

---

**SUPPLEMENTAL APPENDIX OF DEFENDANT BOTTLING GROUP, LLC IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS AND ITS MOTION FOR SUMMARY JUDGMENT AND SANCTIONS ON ITS COUNTERCLAIMS AGAINST PLAINTIFF**

---

William M. Kelleher (#3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
(302) 252-4460

OF COUNSEL:
Daniel V. Johns
Lucretia C. Clemons
Aisha M. Barbour
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

# INDEX

| TAB | DESCRIPTION |
|---|---|
| 34 | Excerpts of Plaintiff's Deposition |
| 35 | Excerpts of Wilmington Employee List |
| 36 | Second Altman Verification |

# 34

A. That was the money we were paid for driving our own car to and from our sites that we were supposed to service.

Q. Are you telling me they just gave you a check for $200 for driving your own car?

A. It says approximately. They factored it in based on the mileage at each pay period.

Q. So did you submit something to get reimbursed for mileage?

A. Yeah.

Q. And what was that?

A. Forms that we filled out that showed our time and whereabouts.

Q. And how far you drove?

A. Yeah, and our mileage.

Q. And were you compensated per mile?

A. Yeah.

Q. So it's not a stipend, it was a reimbursement for the mileage that you drove at work? Is that a fair characterization of what this means?

A. I guess. I didn't write the -- I didn't write the thing, so --

Q. Is it your belief that it was $200 a pay period?

Q. Did you have a CDL at this period of time?

A. Which period of time?

Q. We are talking about, you said this is in 2002 --

A. No.

Q. -- when you were talking about receiving back pay. I'm asking you about a conversation you had with Tracey and what Tracey said. I said did Tracey ever tell you you needed to have a CDL in order to get that position in order to get paid what you wanted to be paid. You said yes.

I said did you have a CDL and you said no; right?

A. Correct.

Q. Did you talk to Rhonda about the same issue?

A. Um, yeah, we talked about a couple things, but my main topic with her was about getting the actual training to get the CDL.

Q. Okay. And what did Rhonda tell you?

A. She more or less just reiterated the same thing that Tracey said. It was that in order to apply for the driver position you have to have the CDL, and again part of my problem was that I couldn't receive the training. I was trying to

35

Wilmington Employees 2001

| | | | | | |
|---|---|---|---|---|---|
| Corrigan,Jeffrey M. | 5/18/1998 | | M | White | Warehouse Person |
| Crilley Jr.,John J | 5/29/1990 | | M | White | Sales Manager |
| Crouse,Ryan D. | 1/9/2001 | 8/29/2002 | M | White | Merchandiser |
| Curtis,Christopher R | 8/19/1985 | | M | White | Conventional CR |
| Davis,Anthony M. | 5/23/2001 | 8/31/2002 | M | Black/African American | Merchandiser |
| Davis,Frederick J | 12/31/1990 | | M | White | Fleet Mechanic |
| Demby,Marshall L | 7/9/1990 | | M | Black/African American | Machine Operator |
| Diubaldo,Domenic A. | 12/16/1996 | | M | White | Bulk Account Customer Rep (A) |
| Dongre,James P. | 5/14/2001 | 5/15/2001 | M | Asian/Pacific Islander | Warehouse Person |
| Earl,Leon S | 1/16/1978 | | M | Black/African American | Gen Labor |
| Egan,Sean T | 12/15/1997 | | M | White | Relief Customer Representative |
| Esbin,Scott B | 12/31/1990 | | M | White | Fleet Mechanic |
| Evoy,Jonathan D | 6/11/2001 | 12/29/2003 | M | White | New Business Sales Rep |
| Faline,Robert A | 10/27/1981 | 6/14/2003 | M | White | Production Supv |
| Farmer,Roy E. | 5/14/2001 | 8/9/2001 | M | Black/African American | Warehouse Person |
| Faulkner,Louis H | 5/22/1990 | | M | Black/African American | Gen Labor |
| Felicetti,James L | 12/17/1973 | | M | White | Trlr/Trnsp Driver |
| Felicetti,Jeffrey S | 7/2/1984 | 1/26/2005 | M | White | Trlr/Trnsp Driver |
| Fields,Matthew M. | 6/14/2001 | 7/9/2001 | M | White | Merchandiser |
| Fillman,Kenneth D | 9/27/1976 | | M | White | Trlr/Trnsp Driver |
| Finney,Howard L | 12/13/1989 | | M | Black/African American | Machine Operator |
| Fleming,Alice R. | 6/7/2001 | 1/31/2002 | F | Black/African American | Warehouse Person |
| Flowers,Ronald A | 6/11/1990 | 1/21/2004 | M | Black/African American | Warehouse Person |
| Frederick Sr.,Russell W | 1/13/1986 | | M | White | Technician |
| Fulvio,Christopher M | 10/2/1985 | | M | White | Conventional CR |
| Gage,Sean M. | 3/1/2001 | 5/20/2002 | M | Asian/Pacific Islander | Merchandiser |
| Gray,Christopher L. | 9/19/1994 | 9/26/2003 | M | White | Production Supv |
| Green,Crystal Sharon | 4/15/1999 | 7/10/2003 | F | Black/African American | Administrator |
| Green,Herbert L. | 8/11/2001 | 10/26/2001 | M | Black/African American | Merchandiser |
| Gricco,Chris A | 7/18/1994 | | M | White | TSM-On Premise |
| Grundy,Robert B | 7/8/1985 | | M | Black/African American | Prod Avail Supv |
| Halfen,Raymond E | 6/3/1985 | 3/29/2001 | M | White | Conventional CR |
| Hanstein,George E. | 11/8/1999 | | M | White | Prod Mech |
| Harrington,Christopher W. | 8/3/2000 | 5/16/2001 | M | White | Merchandiser |
| Harris III,George A. | 1/17/2001 | 11/20/2001 | M | Black/African American | Warehouse Person |
| Henderson,Bruce L | 3/24/1980 | | M | White | Sanitizer |
| Hershfeld,Jeffrey L. | 9/10/2001 | 10/26/2005 | M | White | Prod Avail Supv |
| Hitchens,David | 7/8/1991 | | M | White | Trlr/Trnsp Driver |
| Iovacchini III,Vincent J. | 6/26/2001 | 1/2/2002 | M | White | Warehouse Person |
| Jabkowski,Gregory M. | 7/3/2001 | 7/19/2002 | M | White | Merchandiser |

CONFIDENTIAL

PBG 00006

Wilmington Employees 2001

| | | | | | |
|---|---|---|---|---|---|
| Jackson,Dwayne E. | 5/29/2001 | 5/30/2001 | M | Black/African American | Warehouse Person |
| Jackson,Sean | 4/28/1993 | | M | White | Prod Avail Supv |
| Johnson Sr.,Michael A | 7/27/1992 | | M | Black/African American | Trlr/Trnsp Driver |
| Johnson,Eugene C | 1/30/1989 | | M | White | Prod Mech |
| Johnson,Matthew J | 1/11/1988 | 2/4/2004 | M | White | Full Service Driver |
| Johnson,Scott A | 6/1/1992 | | M | White | TSM-Bulk |
| Jones,DeJuan P. | 4/17/2001 | 4/17/2001 | M | Black/African American | Merchandiser |
| Kampmann,Leo E | 4/5/1970 | 2/27/2006 | M | White | Bulk Driver |
| Karnal,Stephen J | 4/3/1989 | | M | White | Warehouse Person |
| Kearney,David J. | 12/11/2000 | 1/2/2001 | M | White | Merchandiser |
| Kelleher,James W | 9/24/1990 | | M | White | TSM-Conv |
| Kelly,Andrew P. | 4/4/2001 | 5/26/2001 | M | White | Merchandiser |
| Kern,Clifford Albert | 5/28/1998 | 5/18/2003 | M | White | Merchandiser |
| King,Howard A | 4/25/1990 | | M | White | Trlr/Trnsp Driver |
| Klaczkiewicz,Amanda L | 6/30/1986 | | F | White | Analyst-Customer Information |
| Klein,Timothy J | 11/21/1994 | 9/28/2005 | M | White | Relief Customer Representative |
| Laws,Howard M | 4/25/1991 | | M | Black/African American | Warehouse Person |
| Lawton Sr.,Alfred D | 7/29/1974 | | M | White | Technician |
| Lemon,Alton S. | 6/18/2001 | 3/7/2002 | M | Black/African American | Warehouse Person |
| Lobue,Thomas J | 5/20/1974 | 7/4/2004 | M | White | Bulk Driver |
| Loper Jr.,Ernest | 6/21/1990 | | M | Black/African American | Gen Labor |
| Lovins,Michael J. | 12/26/2001 | | M | White | Qc Lab Technician |
| Mackrell,Charles S | 7/17/2000 | | M | White | Prod Mech |
| Maley,Thomas J | 3/1/1993 | | M | White | Conventional CR |
| Mast,Dean E | 10/30/1978 | | M | White | Bulk Driver |
| Matthews,Merrill James | 2/8/1999 | 3/15/2004 | M | Black/African American | Warehouse Person |
| Matthews,William G | 8/7/1989 | | M | White | Prod Avail Supv |
| Mauragas,Mark Matthew | 12/17/2001 | 9/4/2006 | M | White | Merchandiser |
| McClain Jr.,Charlie | 4/11/1995 | | M | Black/African American | Gen Labor |
| McCormick Jr.,James J. | 6/10/1996 | 7/22/2004 | M | White | Warehouse Person |
| McFarland,David T. | 6/6/2001 | 11/1/2001 | M | White | Merchandiser |
| McGalliard,Richard W | 8/31/1978 | | M | White | Bulk Driver |
| McGonigle,William J | 6/22/1987 | | M | White | Gen Labor |
| McHugh II,Donald F. | 6/11/2001 | 10/8/2002 | M | White | Merchandiser |
| McNeil,Cory J. | 5/29/2001 | 7/6/2001 | M | Black/African American | Warehouse Person |
| Mccarson,Richard W | 12/28/1998 | | M | White | Supervisor-Delivery |
| Meadow,Robin | 2/5/1990 | | M | White | Machine Operator |
| Meloro,Antonio A | 4/25/1995 | 7/31/2001 | M | White | Warehouse Person |
| Middleton,Holly | 5/20/1991 | | F | White | Administrator |
| Milici,Eric D | 12/22/1997 | 8/5/2003 | M | White | Bulk Account Customer Rep (A) |

CONFIDENTIAL

Wilmington Employees 2001

| | | | | | |
|---|---|---|---|---|---|
| Williams Sr.,James K. | 11/27/1995 | 4/30/2006 | M | White | Sanitizer |
| Williams,William R | 9/23/1985 | | M | White | Technician |
| Wise,John D. | 4/20/2000 | | M | White | Warehouse Person |
| Wray III,Bruce E | 10/21/1997 | | M | White | Merchandising Manager |
| Wright,Jeffrey L | 8/18/1975 | | M | White | Conventional CR |
| Wyatt,Richard D | 5/10/1993 | 5/8/2002 | M | White | Delivery Driver |
| Young,Amy J | 6/5/2000 | 7/12/2002 | F | White | New Business Sales Rep |
| Zell,Deborah A | 1/22/1984 | | F | White | KAM II OP (MU) |
| Zembala,David A. | 3/3/2001 | 5/26/2001 | M | White | Merchandiser |
| Ziegler,Robert A | 5/29/1989 | | M | White | TSM-Bulk |

CONFIDENTIAL

Wilmington Employees 2002

| Name | Hire Date | Term Date | Sex | Race | Job |
|---|---|---|---|---|---|
| Mackrell,Charles S | 7/17/2000 | | M | White | Mechanic - Production |
| Maley,Thomas J | 3/1/1993 | | M | White | CR - Conventional |
| Mast,Dean E | 10/30/1978 | | M | White | Bulk Driver |
| Mast,Dean E | 10/30/1978 | | M | White | Delivery Driver - Bulk |
| Matthews,Merrill James | 2/8/1999 | 3/15/2004 | M | Black/African American | Warehouse Person |
| Matthews,William G | 8/7/1989 | | M | White | Prod Avail Supv |
| Mauragas,Mark Matthew | 12/17/2001 | 9/4/2006 | M | White | Merchandiser |
| Mccarson,Richard W | 12/28/1998 | | M | White | Supervisor-Delivery |
| McClain Jr.,Charlie | 4/11/1995 | | M | Black/African American | General Labor/Ops |
| McCormick Jr.,James J. | 6/10/1996 | 7/22/2004 | M | White | Warehouse Person |
| McGalliard,Richard W | 8/31/1978 | | M | White | Delivery Driver - Bulk |
| McGonigle,William J | 6/22/1987 | | M | White | General Labor/Ops |
| McHugh II,Donald F. | 6/11/2001 | 10/8/2002 | M | White | Merchandiser |
| McNatt,Wade M | 3/25/2002 | 5/18/2002 | M | White | Warehouse Person |
| Meadow,Robin | 2/5/1990 | | M | White | Machine Operator |
| Middleton,Holly | 5/20/1991 | | F | White | Admin Assistant-Operations |
| Milici,Eric D | 12/22/1997 | 8/5/2003 | M | White | CR - Bulk Account - A |
| Miller,Daniel J. | 12/11/1995 | | M | White | Warehouse Person |
| Miller,Jackie E | 10/4/1982 | 2/22/2006 | M | Black/African American | CR - Conventional |
| Mishaw,Angus W | 11/23/1982 | | M | White | Delivery Driver |
| Morgan,Berit M. | 5/1/1995 | 3/22/2004 | F | White | MU Financial Process Mgr |
| Morrison,William C | 12/8/1986 | | M | White | Warehouse Person |
| Murdoch Jr.,Robert W | 7/20/1990 | 11/17/2004 | M | White | General Labor/Ops |
| Murphy,James | 8/25/1980 | 3/8/2005 | M | White | CR - Conventional |
| Nau,Jeffrey G | 4/25/1977 | | M | White | CR - Conventional |
| Nelson,Craig M | 5/23/1994 | 2/13/2004 | M | White | New Business Sales Rep |
| Nelson,Craig M | 5/23/1994 | 2/13/2004 | M | White | Territory Support Coordinator |
| Newton,Herbert L | 5/25/1990 | 3/31/2003 | M | Black/African American | Gen Labor |
| Newton,Herbert L | 5/25/1990 | 3/31/2003 | M | Black/African American | General Labor/Ops |
| Obara Jr.,John Charles | 12/29/1997 | | M | White | Checker |
| O'Connor,Thomas J | 4/16/1985 | | M | White | CR - Conventional |
| O'Connor,Thomas J | 4/16/1985 | | M | White | Conventional CR |
| O'Donald Jr.,Richard W | 4/2/1979 | | M | White | CR - Conventional |
| O'Hara,Shawn M. | 4/26/1999 | | M | White | Warehouse Person |
| Olds,Adam J. | 5/29/2002 | | M | White | Warehouse Person |
| Olowolafe,Kenny O. | 5/28/2001 | 7/15/2005 | M | Black/African American | Account Sales Rep |
| Olowolafe,Kenny O. | 5/28/2001 | 7/15/2005 | M | Black/African American | TSM-Conv |
| Osciak,John J | 10/13/1987 | | M | White | Conventional CR |
| Osciak,John J | 10/13/1987 | | M | White | Delivery Driver - Trlr/Trnsp |
| Osik,Robert A. | 1/7/2002 | 2/3/2002 | M | White | Merchandiser |

CONFIDENTIAL

Wilmington Employees 2003

| | | | | | |
|---|---|---|---|---|---|
| Lobue,Thomas J | 5/20/1974 | 7/4/2004 | M | White | Delivery Driver - Bulk |
| Loper Jr.,Ernest | 6/21/1990 | | M | Black/African American | Machine Operator |
| Lovins,Michael J. | 12/26/2001 | | M | White | QC Lab Technician |
| Lubrano,Angelo J. | 4/28/2003 | 6/27/2003 | M | White | Warehouse Person |
| Mackrell,Charles S | 7/17/2000 | | M | White | Mechanic - Production |
| Mackrell,Eric T. | 7/22/2003 | | M | White | General Labor/Ops |
| Maley,Thomas J | 3/1/1993 | | M | White | CR - Conventional |
| Mast,Dean E | 10/30/1978 | | M | White | Delivery Driver - Bulk |
| Mast,Dean E | 10/30/1978 | | M | White | Delivery Driver - Full Service |
| Matthews,Merrill James | 2/8/1999 | 3/15/2004 | M | Black/African American | Warehouse Person |
| Matthews,William G | 8/7/1989 | | M | White | Prod Avail Supv |
| Mauragas,Mark Matthew | 12/17/2001 | 9/4/2006 | M | White | Merchandiser |
| Mccarson,Richard W | 12/28/1998 | | M | White | Supervisor-Delivery |
| McClain Jr.,Charlie | 4/11/1995 | | M | Black/African American | Machine Operator |
| McCormick Jr.,James J. | 6/10/1996 | 7/22/2004 | M | White | Sanitizer |
| McDonald,Adam K. | 5/28/2003 | 3/1/2004 | M | White | Merchandiser |
| McGalliard,Richard W | 8/31/1978 | | M | White | Delivery Driver - Bulk |
| McGonigle,William J | 6/22/1987 | | M | White | General Labor/Ops |
| Meadow,Robin | 2/5/1990 | | M | White | Machine Operator |
| Middleton,Holly | 5/20/1991 | | F | White | Admin Assistant-Operations |
| Milici,Eric D | 12/22/1997 | 8/5/2003 | M | White | CR-2 Person Bulk-VROT |
| Miller Jr.,Jackie E | 7/9/2003 | 8/29/2003 | M | Black/African American | Warehouse Person |
| Miller,Daniel J. | 12/11/1995 | | M | White | Forklift Oper |
| Miller,Daniel J. | 12/11/1995 | | M | White | Warehouse Person |
| Miller,Jackie E | 10/4/1982 | 2/22/2006 | M | Black/African American | CR - Conventional |
| Mishaw,Angus W | 11/23/1982 | | M | White | Delivery Driver - Bay |
| Moody,Larry A. | 5/27/2003 | 8/30/2005 | M | Black/African American | Warehouse Person |
| Morgan,Berit M. | 5/1/1995 | 3/22/2004 | F | White | Financial Process Mgr - MU |
| Morrison,William C | 12/8/1986 | | M | White | Warehouse Person |
| Murdoch Jr.,Robert W | 7/20/1990 | 11/17/2004 | M | White | General Labor/Ops |
| Murphy,James | 8/25/1980 | 3/8/2005 | M | White | CR - Conventional |
| Nau,Jeffrey G | 4/25/1977 | | M | White | CR - Conventional |
| Nelson,Craig M | 5/23/1994 | 2/13/2004 | M | White | On Premise Sales Rep |
| Newton,Herbert L | 5/25/1990 | 3/31/2003 | M | Black/African American | General Labor/Ops |
| Obara Jr.,John Charles | 12/29/1997 | | M | White | Checker |
| O'Connor,Thomas J | 4/16/1985 | | M | White | CR - Conventional |
| O'Donald Jr.,Richard W | 4/2/1979 | | M | White | CR - Conventional |

CONFIDENTIAL

Wilmington Employees 2004

| Name | Hire Date | Term Date | Sex | Race | Position |
|---|---|---|---|---|---|
| Krygier,Kenneth L. | 8/8/2002 | 2/23/2005 | M | White | CR-2 Person Bulk-VROT |
| Kuech,Tabatha J. | 10/16/2002 | | F | White | Safety Mgr Mu |
| Laws,Howard M | 4/26/1991 | | M | Black/African American | Warehouse Person |
| Lawton Sr.,Alfred D | 7/29/1974 | | M | White | Technician |
| Lewis,Leroy J. | 6/17/2002 | | M | Black/African American | Machine Operator |
| Liang,Raymond | 5/27/2003 | | M | Asian/Pacific Islander | General Labor/Ops |
| Lobue,Thomas J | 5/20/1974 | 7/4/2004 | M | White | Delivery Driver - Bulk |
| Loper Jr.,Ernest | 6/21/1990 | | M | Black/African American | Machine Operator |
| Lovins,Michael J. | 12/26/2001 | | M | White | QC Lab Technician |
| Mackrell,Charles S | 7/17/2000 | | M | White | Mechanic - Production |
| Mackrell,Eric T. | 7/22/2003 | | M | White | QC Lab Technician |
| Maley,Thomas J | 3/1/1993 | | M | White | Delivery Driver - Bay |
| Martin,Adam G. | 5/17/2004 | | M | White | Merchandiser |
| Mast,Dean E | 10/30/1978 | | M | White | Delivery Driver - Bay |
| Matthews,Merrill James | 2/8/1999 | 3/15/2004 | M | Black/African American | Warehouse Person |
| Matthews,William G | 8/7/1989 | | M | White | Prod Avail Supv |
| Mauragas,Mark Matthew | 12/17/2001 | 9/4/2006 | M | White | Merchandiser |
| McCann,Curtis J | 5/24/2004 | 8/7/2004 | M | White | Warehouse Person |
| McClain Jr.,Charlie | 4/11/1995 | | M | Black/African American | Machine Operator |
| McCormick Jr.,James J. | 6/10/1996 | 7/22/2004 | M | White | Sanitizer |
| McDaniel,Brian J. | 6/16/2004 | 7/30/2004 | M | White | Warehouse Person |
| McDonald,Adam K. | 5/28/2003 | 3/1/2004 | M | White | Merchandiser |
| McGalliard,Richard W | 8/31/1978 | | M | White | Delivery Driver - Bulk |
| McGonigle,William J | 6/22/1987 | | M | White | Warehouse Person |
| McMann,Timothy D. | 6/22/2004 | | M | White | CR-2 Person Bulk-VROT |
| Mccarson,Richard W | 12/28/1998 | | M | White | Supervisor-Delivery |
| Meadow,Robin | 2/5/1990 | | M | White | Machine Operator |
| Middleton,Holly | 5/20/1991 | | F | White | Admin Assistant-Operations |
| Miller,Daniel J. | 12/11/1995 | | M | White | Forklift Oper |
| Miller,Jackie E | 10/4/1982 | 2/22/2006 | M | Black/African American | CR - Conventional |
| Mishaw,Angus W | 11/23/1982 | | M | White | Delivery Driver - Full Service |
| Moody,Larry A. | 5/27/2003 | 8/30/2005 | M | Black/African American | Warehouse Person |
| Morgan,Berit M. | 5/1/1995 | 3/22/2004 | F | White | Mgr MU Compl & Cntrl |
| Munson,Christine A. | 4/8/2004 | 6/3/2004 | F | Black/African American | Admin Assistant-S&D |
| Murdoch Jr.,Robert W | 7/20/1990 | 11/17/2004 | M | White | Delivery Driver - Bay |
| Murphy,James | 8/25/1980 | 3/8/2005 | M | White | Delivery Driver - Bay |
| Nau,Jeffrey G | 4/25/1977 | | M | White | Delivery Driver - Bulk |

CONFIDENTIAL

# 36

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | |
| Plaintiff, | : | C.A. Number: 04-1314 |
| v. | : | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830 | : | |
| Defendants. | : | |

**SECOND VERIFICATION OF SARA (SWARTZ) ALTMAN**

I, Sara (Swartz) Altman, pursuant to 28 U.S.C. § 1746, state the following based upon my personal knowledge:

1. In early April 2002, Plaintiff, Marlayna Tillman, applied for, was offered and accepted a second shift warehouse position. Plaintiff's scheduled start date was April 29, 2002. However, before this date, Plaintiff rescinded her acceptance and chose to remain in the Sales Department. Plaintiff did not disclose to PBG the reason for her rescission.

2. While I was employed at PBG, when a union employee bid for a position, it was Human Resources that determined whether the employee was qualified for and had sufficient seniority to be awarded the bid.

3. When Matt Fields, a non-union merchandiser, worked as a helper in the conventional sub-department, he was paid the merchandiser rate.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of May 2007.

Sara Altman [signature]
Sara (Swartz) Altman