IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., | ) | |
| and TEAMSTERS LOCAL UNION 830, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff respectfully requests oral argument on Defendants' Motions for Summary Judgment.

                                      KNEPPER & STRATTON

                                      /s/ Barbara H. Stratton
                                      BARBARA H. STRATTON, ESQUIRE
                                      1228 N. King Street
                                      Wilmington, DE 19801
                                      (302) 652-7717
                                      bhs@knepperstratton.net
                                      Attorney for Plaintiff Marlayna G. Tillman

Date: May 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | ) | C.A. No.: 04-1314(SLR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Barbara H. Stratton, Esquire, hereby certify that two true and correct copies of the foregoing Plaintiff's Request for Oral Argument were served via E-Filing and First Class Mail on May 7, 2007, upon the following Counsel of record:

Clifford B. Hearn, Jr., Esquire
606 N. Market Street
P.O. Box 1205
Wilmington, DE 19899

William M. Kelleher, Esquire
Ballard, Spahr, Andrews, & Ingersoll LLP
919 N. Market Street
12th Floor
Wilmington, DE 19801-3034

KNEPPER & STRATTON

/s/ Barbara H. Stratton
BARBARA H. STRATTON, ESQUIRE
1228 N. King Street
Wilmington, DE 19899
(302) 652-7717
bhs@knepperstratton.net
Attorney for Plaintiff Marlayna G. Tillman