IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | |
| | : | |
| Plaintiff, | : | C.A. Number: 04-1314 |
| | : | |
| v. | : | |
| | : | |
| THE PEPSI BOTTLING GROUP, INC., | : | |
| and TEAMSTERS LOCAL UNION 830 | : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF APPEARANCE

Kindly withdraw the appearance of William M. Kelleher of Ballard Spahr Andrews & Ingersoll, LLP for Defendant The Pepsi Bottling Group, Inc. Please substitute Leslie C. Heilman of the Wilmington, Delaware office of the law firm of Ballard, Spahr, Andrews & Ingersoll, LLP. Ms. Heilman is authorized to accept service on behalf of Defendant The Pepsi Bottling Group, Inc. in this matter.

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4460

Leslie C. Heilman (No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4450

Dated: 12/6/07

2

**ORDER**

So ordered.

BY THE COURT

_____
                                J.

Dated:_____