## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, do hereby certify that I have caused two copies of the foregoing Substitution of Appearance to be served on counsel via first-class mail, postage prepaid, at the following address:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806
> Counsel for Plaintiff
>
> Marc Gelman
> Jennings Sigmond
> Penn Mutual Towers
> 510 Walnut Street, 16th Floor
> Philadelphia, PA 19106
> Counsel for Teamsters Local Union 830

Dated: December 6, 2007

Leslie C. Heilman (I.D. No. 4716)