## KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*  
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

*Admitted IN DE & PA  
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

February 14, 2008

The Honorable Sue L. Robinson  
United States District Court  
for the District of Delaware  
844 North King Street  
Wilmington, DE 19801

   RE: MARLAYNA G. TILLMAN v. THE PEPSI BOTTLING GROUP, INC.  
      C.A. No.: 04-1314(SLR)

Dear Judge Robinson:

  I, along with J. Stephen Woodside (pro hac counsel) represent the Plaintiff, Marlayna Tillman. William Kelleher and Lucretia Clemons (pro hac counsel) represent Defendant, Pepsi Bottling Group. Clifford Hearn and Marc Gelman represent Defendant, Teamsters Local 830.

  Both Defendants filed their respective Motions for Summary Judgement on March 28, 2007. Plaintiff filed her Answering Brief and Appendix on April 23, 2007. Defendant, Pepsi Bottling Group filed its Reply Brief on May 3, 2007. Plaintiff filed a Request for Legal Argument on May 7, 2007.

  The matter has been pending on summary judgment since May 3, 2007. With respectful deference to the Court's busy docket of active matters, and trials, I am inquiring on behalf of Lead Counsel, Mr. Woodside, as to the status of the pending motions and when adjudication might be expected.

  Although this should be considered Plaintiff's inquiry, if appropriate, it would be greatly appreciated if your staff, or Your Honor, might provide a brief update to all Counsel on the status of the pending motions.

**KNEPPER & STRATTON**
February 14, 2008
Page 2

Thank you for your courtesies and consideration in this regard.

Respectfully,

Barbara H. Stratton

BHS/kmm
cc:   Stephen Woodside, Esq.
      Marlayna G. Tillman
      Lucretia C. Clemons, Esq.
      Marc L. Gelman, Esq.