IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1314-SLR |
| | ) |
| THE PEPSI BOTTLING GROUP, | ) |
| INC., and TEAMSTERS LOCAL | ) |
| UNION 830, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 19th day of March, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant International Brotherhood of Teamsters Local Union No. 830's motion for summary judgment (D.I. 105) is granted.

2. Defendant The Pepsi Bottling Group, Inc.'s motion for summary judgment on its counterclaims and for sanctions (D.I. 109) is denied.

3. Defendant The Pepsi Bottling Group, Inc.'s motion for summary judgment on plaintiff's claims (D.I. 111) is denied as to her Equal Pay Act and failure to promote claims, and granted as to her remaining claims.

United States District Judge