IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN,                :
                                    :
       Plaintiff,                   :   C.A. No.: 04-1314-SLR
                                    :
       v.                           :
                                    :
THE PEPSI BOTTLING GROUP, INC.,     :
and TEAMSTERS LOCAL UNION 830,      :
                                    :
       Defendants.                  :

## MOTION FOR RECONSIDERATION OF DEFENDANT BOTTLING GROUP, LLC

Defendant Bottling Group, LLC by its undersigned attorneys, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7.1.5 for an Order granting judgment in its favor and against Plaintiff. The reasons for this motion are set forth in the accompanying Memorandum of Law.

Dated: April 2, 2008
Wilmington, Delaware

Respectfully submitted,

/s/ Leslie C. Heilman
Leslie C. Heilman (DE Bar No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com

Attorneys for Defendant,
Bottling Group, LLC

OF COUNSEL:
Daniel V. Johns
Lucretia C. Clemons
Aisha M. Barbour
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500