## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | : |
| Plaintiff, | : C.A. No.: 04-1314-SLR |
| v. | : |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | : |
| Defendants. | : |

### ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of the Motion for Reconsideration of Defendant Bottling Group, LLC, and Plaintiff's response in opposition thereto, if any, it is hereby ORDERED that Defendant's motion is GRANTED and Defendant's Motion for Summary Judgment is GRANTED as to Plaintiff's Equal Pay Act claims and Plaintiff's driver-based failure to promote claims.

BY THE COURT

_____
The Honorable Sue L. Robinson
United States District Judge