## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, hereby certify that on this date, I caused two (2) copies of the foregoing Motion for Reconsideration of Defendant Bottling Group, LLC, together with the Memorandum of Law in support thereof, to be served upon the addressees listed below as follows:

### BY HAND DELIVERY

Barbara H. Stratton
Knepper & Stratton
1228 N. King Street
Wilmington, DE 19801

### BY FIRST CLASS MAIL

J. Stephen Woodside
One Montgomery Plaza
425 Swede Street
Suite 605
Norristown, PA 19401
Counsel for Plaintiff Marlayna G. Tillman

Dated: April 2, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman (DE Bar No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP