IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, : | C.A. No.: 04-1314 (SLR) |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| THE PEPSI BOTTLING GROUP, INC., : | |
| and TEAMSTERS LOCAL UNION : | |
| 830, : | |
| : | |
| Defendants. : | |

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND
TO DEFENDANT, BOTTLING GROUP, LLC'S MOTION FOR RECONSIDERATION**

The parties, by and through their undersigned counsel, hereby agree and stipulate that the plaintiff shall have until April 25, 2008 within which to file her response to defendant, Bottling Group, LLC's motion for reconsideration.

　　　　　　　　　　　　　　　　　　　　　　/s/ Barbara H. Stratton
　　　　　　　　　　　　　　　　　　　　　　Barbara H. Stratton
　　　　　　　　　　　　　　　　　　　　　　Knepper & Stratton
　　　　　　　　　　　　　　　　　　　　　　1228 King Street
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 658-1717
Dated:  April 11, 2008　　　　　　　　Attorney for plaintiff, Marlayna G. Tillman

　　　　　　　　　　　　　　　　　　　　　　/s/ Leslie C. Heilman
　　　　　　　　　　　　　　　　　　　　　　Leslie C. Heilman
　　　　　　　　　　　　　　　　　　　　　　Ballard Spahr Andrews & Ingersoll, LLP
　　　　　　　　　　　　　　　　　　　　　　919 Market Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-3034
　　　　　　　　　　　　　　　　　　　　　　(302) 252-4465
Dated:  April 11, 2008　　　　　　　　Attorney for defendant, Pepsi Bottling Group, LLC

　　APPROVED BY THE COURT THIS 　　 DAY OF 　　　　, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge