IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLAYNA G. TILLMAN, | : | C.A. No.: 04-1314 (SLR) |
| Plaintiff, | : | |
| v. | : | |
| THE PEPSI BOTTLING GROUP, INC., and TEAMSTERS LOCAL UNION 830, | : | |
| Defendants. | : | |

**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND
TO DEFENDANT, BOTTLING GROUP, LLC'S MOTION FOR RECONSIDERATION**

The parties, by and through their undersigned counsel, hereby agree and stipulate that the plaintiff shall have until April 30, 2008 within which to file her response to defendant, Bottling Group, LLC's motion for reconsideration.

/s/ Barbara H. Stratton
Barbara H. Stratton
Knepper & Stratton
1228 King Street
Wilmington, DE 19801
(302) 658-1717
Dated: April 24, 2008    Attorney for plaintiff, Marlayna G. Tillman

/s/ Leslie C. Heilman
Leslie C. Heilman
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
(302) 252-4465
Dated: April 24 , 2008    Attorney for defendant, Bottling Group, LLC

APPROVED BY THE COURT THIS     DAY OF         , 2008

_____
United States District Judge