# KNEPPER & STRATTON
ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*  
BARBARA H. STRATTON*

TELEPHONE: (302) 658-1717  
(302) 652-7717  
DOVER: (302) 736-5500

*Admitted IN DE & PA  
Fed. I.D.# 51-0340523

FAX: (302) 658-0631

May 13, 2008

HAND DELIVERY & E-FILING  
Honorable Sue L. Robinson  
United States District Court  
District of Delaware  
844 N. King Street  
Wilmington, DE 19801

    Re: Tillman v. The Pepsi Bottling Group, Inc. et al.  
     No.: CA-04-1314

Dear Judge Robinson:

  I, along with J. Stephen Woodside (pro hac counsel) represent the plaintiff, Marlayna Tillman. Leslie Heilman, along with Daniel Johns, Lucretia Clemons and Aisha Barbour (pro hac counsel) represent the defendant, Pepsi Bottling Group, LLC. Defendant, Teamsters Local 830 has been dismissed from the case on summary judgment.

  Mr. Woodside reports to me that he and Mr. Johns (Pepsi's lead counsel) are in agreement that a settlement conference before a Magistrate Judge would be useful at this point to assist in bringing the matter to a beneficial conclusion.

  In that regard, and if Your Honor deems appropriate, I would respectfully request that an Order be entered, referring the matter to the assigned Magistrate Judge for a settlement conference.

  Should Your Honor have any questions or wish to make further recommendations on counsel's joint request, please feel free to contact me.

**KNEPPER & STRATTON**
May 13, 2008
Page 2

      Thank you for your courtesies and consideration in this regard.

                          Respectfully submitted,

                          */s/ Barbara H. Stratton*

                          Barbara H. Stratton

BHS/
cc:    J. Stephen Woodside, Esq.
       Marlayna Tillman
       Leslie C. Heilman, Esq.
       Daniel V. Johns, Esq.
       Lucretia C. Clemons, Esq.
       Aisha M. Barbour, Esq.
       Clerk of Court