IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLAYNA G. TILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1314-SLR |
| | ) |
| PEPSI BOTTLING GROUP INC., and | ) |
| BOTTLING GROUP, LLC. | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 23rd day of May, 2008, having received a joint request from the parties;

IT IS ORDERED that the above captioned case is hereby referred to Magistrate Judge Stark pursuant to 28 U.S.C. § 636 for the purposes of exploring ADR.

_____
United States District Judge