# KNEPPER & STRATTON

ATTORNEYS AT LAW
1228 NORTH KING STREET
WILMINGTON, DELAWARE 19801

E. MARTIN KNEPPER*
BARBARA H. STRATTON*

*Admitted IN DE & PA
Fed. I.D.# 51-0340523

TELEPHONE: (302) 658-1717
(302) 652-7717
DOVER: (302) 736-5500

FAX: (302) 658-0631

June 4, 2008

**_HAND DELIVERY_**
Magistrate Judge Stark
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE: MARLAYNA G. TILLMAN v. THE PEPSI BOTTLING GROUP, INC.
C.A. No.: 04-1314 (SLR)

Dear Magistrate Stark:

I am Local Counsel for Plaintiff in the above-captioned matter. I have forwarded to Stephen Woodside, Lead Counsel, the Notice of Teleconference set for Wednesday, June 25, 2008 at 10:30 a.m. I will be out of town on that date. However, Mr. Woodside will initiate the call on behalf of the Plaintiff.

Respectfully submitted,

Barbara H. Stratton

BHS/kmm
cc: Stephen Woodside, Esq.
    Leslie C. Heilman, Esq.
    Daniel V. Johns, Esq.