IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLAYNA G. TILLMAN, :
:
    Plaintiff, : Civ. No. 04-1314-SLR
:
v. :
:
THE PEPSI BOTTLING GROUP, INC., :
and BOTTLING GROUP, LLC, :
:
    Defendants. :

### SUBSTITUTION OF APPEARANCE

Kindly withdraw the appearance of William M. Kelleher and substitute the appearance of Leslie C. Heilman of Ballard, Spahr, Andrews & Ingersoll, LLP for the Defendant Bottling Group, LLC. Ms. Heilman is authorized to accept service on behalf of the Defendant Bottling Group, LLC in this matter.

William M. Kelleher (No. 3961)
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
(302) 384-9400

Leslie C. Heilman (No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4465

Dated: 7/1/08

## ORDER

So ordered.

BY THE COURT

_____ J.

Dated:_____