## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, do hereby certify that on this 1st day of July, 2008, I caused a true and correct copy of the foregoing Substitution of Appearance to be served on counsel for Plaintiff in the manner indicated, as follows:

**Via Hand Delivery**
Barbara H. Stratton
Knepper & Stratton
1228 N. King Street
Wilmington, DE 19801

**Via First Class Mail, Postage Prepaid**
J. Stephen Woodside
One Montgomery Plaza
425 Swede Street, Ste. 605
Norristown, PA 19401

Dated: July 1, 2008

Leslie C. Heilman (I.D. No. 4716)
Ballard Spahr Andrews & Ingersoll, LLP